IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**RON HUNT**                           :

                                       :

  Plaintiff                            :    Case No.: L02-CV-2523

                                       :    **JURY DEMAND**

                                       :

v.                                     :

**RITZ CABARET**                       :
a/k/a **TRACY INC.**
                                       :
and
                                       :
**FRANCIS LEE**

  Defendants

## ORDER

   Upon consideration of Plaintiff's Motion for Enlargement of Time to Serve Defendant Francis Lee, and in the interests of justice, it is this 31st day of Oct., 2002,

   ORDERED, that Plaintiff's Motion for Enlargement of Time to Serve Defendant Francis Lee is extended 120 days .

                                       _____
                                                    JUDGE