IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RON HUNT | * | |
| Plaintiff | | |
| | * | |
| v. | | Civil Action No.: WDQ-02-2523 |
| | * | |
| TRACEY'S INC. Trading as Ritz Cabaret | * | |
| Defendant | | |

## ORDER

The court file reflecting that service of process has been effected upon the above named defendant and that defendant has not yet filed any response to the Complaint, it is, this 26th day of March, 2003,

ORDERED that plaintiff file and serve by mail on the above named defendant a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 30 days of this order.

WILLIAM D. QUARLES,
U.S. DISTRICT JUDGE

U.S. District Court (Rev. 12/1999)