Exhibit A,

## AFFADAVIT OF KAYLA HALL

I, Kayla Hall, of 940 25th Street NW, Apt. 504 S, Washington, DC 20037, (202) 342-9350, being duly sworn, state the following regarding my conversation with Ms. Betty Chase who is the legal secretary at the State Department of Assessment and Taxation for the State of Maryland on February 3, 2003. Her phone number is (410) 76-1357. She stated that when there is no agent or one cannot be found the state of Maryland can receive service on behalf of a company or corporation if at least two attempts have been made to service the company to no avail. Proof of service, two copies of the summons and a fifteen-dollar fee are required for the state to accept such service. Ms. Chase further stipulated that she did not know of where this procedure could be found in hardcopy or by mainframe imaging.

Under the penalty of perjury, I certify that the above statements are true.

_Kayla Hall_
Kayla Hall

Subscribed and sworn by me on the 7th day of April, 2003 by the affiant.

_Jerrice Thomas_
Notary Public

JERRICE THOMAS
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires January 10, 2007