## LEGAL DOCUMENTS EXPRESS COURIERS
### (301) 630-3400

**Nº 2947**

**Documents? WE DELIVER!**
legaldocuments-couriers.com

P.O. Box 273          Toll Free 1 (888) 413-DOCS
Temple Hills, MD 20757-0273     Fax (301) 630-3200

**NAME** Atty. Jimmy Bell          **DATE** 10/29/2002

**ADDRESS** 9610 Marlboro Pike          **TELEPHONE #**

**CITY/STATE/ZIP CODE** Upper Marlboro, MD

**DELIVERED BY** [signature]

| Quan. | Description | Price |
|---|---|---|
| 1 | Letter from | |
| | Maryland Dept. of Assessments | |
| | And Taxation | |
| | 301 W. Preston St. | |
| | Baltimore MD 21201-2395 | |
| | Case No: L02 CV 2523 | |
| | Rondius | |
| | vs | |
| | Rite Casaels aka Tracy Lee | |
| | Francis Lee | |
| | Subtotal | |
| | Tax | |
| **THANK YOU** | Total | |

**Jesus is Lord**