AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Ron Hunt

v.

Tracey's Inc.,
trading as Ritz Cabaret, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 02-CV-2523

TO: (Name and address of defendant)

Tracey's Inc.
trading as Ritz Cabaret, et al.
504 S. Broadway
Baltimore, Maryland 21231

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Office of Jimmy A Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                    OCT 29 2002
CLERK                                                 DATE

_____                              Service Admitted
(BY) DEPUTY CLERK                                    10/29/02
                                                     Clerk
                                                     For the Director