IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RON HUNT**<br>1200 First Street S.E.<br>Washington, DC 20003<br><br>Plaintiff<br><br>v.<br><br>**TRACEY'S, INC.**<br>**a/k/a RITZ CABARET**<br>504 S. Broadway,<br>Baltimore, Maryland, 21231<br><br>and<br><br>**FRANCIS LEE**<br>504 S. Broadway,<br>Baltimore, Maryland, 21231<br><br>    Defendants | Civil Action No.:L 02-CV-2523 |

## PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER

Plaintiff Ronald Hunt, by and through counsel, Jimmy A. Bell, Esq., and the Law Office of Jimmy A. Bell, P.C., respectfully presents this Response to this Honorable Court's Show Cause Order directing Plaintiff to show for good cause, why the complaint should not be dismissed as to Defendant Francis Lee.

For the reasons more fully set forth in the Attached Memorandum in Support of Plaintiff's Response to Show Cause Order, Plaintiff respectfully requests that Francis Lee not be dismissed as a Defendant in the above captioned matter.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD  20772
(301) 599-7620
(301) 599-7623 (fax)
Counsel for the Plaintiff
Bar # 14639

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RON HUNT**<br>1200 First Street S.E.<br>Washington, DC 20003<br><br>    Plaintiff<br><br>**v.**<br><br>**TRACEY'S, INC.**<br>**a/k/a RITZ CABARET**<br>504 S. Broadway,<br>Baltimore, Maryland, 21231<br><br>and<br><br>**FRANCIS LEE**<br>504 S. Broadway,<br>Baltimore, Maryland, 21231<br><br>    Defendants | Civil Action No.:L 02-CV-2523 |

## **MEMORANDUM IN SUPPORT OF PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER**

COMES NOW Plaintiff, Ronald Hunt by and through his counsel, Jimmy A. Bell, Esq., and The Law Office of Jimmy A. Bell, P.C., hereby submits the following in response to this Court's Show Cause Order dated March 26, 2003. This Court required Plaintiff to show for good cause, why the complaint should not be dismissed as to Defendant Francis Lee. For cause Plaintiff states the following:

On July 31, 2002, Plaintiff first filed a Complaint against Defendants in the above

1

captioned matter and filed an amended complaint on August 19, 2002, alleging 1) unlawful discrimination in violation of 42 U.S.C. § 1982, 2) unlawful discrimination in violation of 42 U.S.C. § 1981, and 3) defamation.  Plaintiff has been diligently trying to serve Defendant Francis Lee since the Complaint was filed. Plaintiff sought to serve Defendant Lee by courier initially, at the address set forth in the above caption on August 1, 2002. (Exhibit A)  Plaintiff sought to serve Defendant Lee by courier a second time, at the above captioned address on October 29, 2002. (Exhibit B)

In an effort to comport with F.R.C.P. 4 (c) and Md. Rule 2-112 Plaintiff made every effort possible to serve Defendant Lee within the allowable time period.  Plaintiff's efforts ultimately were unsuccessful; as such Plaintiff filed a Motion For Enlargement of Time to Serve Defendant Francis Lee.   On October 31, 2002, this Honorable Court granted Plaintiff's Motion for Enlargement of Time to Serve Defendant Francis Lee. Since that time Plaintiff has continued his efforts to serve Defendant Lee.

Plaintiff became aware that Defendant Lee was sentenced and incarcerated in a federal penitentiary in a criminal matter on August 28, 2002. Plaintiff has knowledge that Defendant Lee is incarcerated in a federal penitentiary but remains unaware of Defendant Lee's specific whereabouts.  Plaintiff's Counsel contacted Defendant Lee's attorney but said attorney was unable to give the exact whereabouts of Defendant Lee. In light of the fact that this Honorable Court has not issued a scheduling order Plaintiff's Counsel has no subpoena power to compel this vital information from the United States Government. Defendant Lee was the owner and listed resident agent of Defendant Tracey's, Inc. a/k/a Ritz Cabaret. Plaintiff made effective substitute service pursuant to Md. Rule 2-124 (o); service was accepted on behalf of Defendant Corporation by the

State Department of Assessments and Taxation. Despite Plaintiff's unabated efforts, Plaintiff is still unaware of Defendant Francis Lee's whereabouts to complete effective service of process.

Plaintiff prays that this Honorable Court will extend the time in which Plaintiff may serve Defendant Lee by ninety (90) days. Plaintiff also prays that this Honorable Court grant Plaintiff the power to issue subpoenas in this matter. Plaintiff is in dire need of this subpoena power in order to compel this vital information from the United States Government to effect service on Defendant Francis Lee.

WHEREFORE, for the reasons stated herein, Plaintiff respectfully submits the preceding as good cause to show why the complaint should not be dismissed as to Defendant Francis Lee.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD  20772
(301) 599-7620
(301) 599-7623 (fax)
Bar #14639
Counsel for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **RON HUNT** | : | |
| | : | |
| Plaintiff | : | Civil Action No.:L 02-CV-2523 |
| | : | |
| v. | : | |
| | : | |
| **TRACEY'S, INC.** | : | |
| **a/k/a RITZ CABARET, Et. Al.** | : | |
| | : | |
| Defendants | : | |

## ORDER

Upon Consideration of Plaintiff's Response to Show Cause Order, and Plaintiff's Memorandum In Support of Plaintiff's Response To Show Cause Order and in the interests of justice, it is this _____ day of _____ 2003,

ORDERED, that Plaintiff shall have ninety (90) days from the date of this order to properly effect service on Defendant Francis Lee.

IT IS FURTHER ORDERED, that Plaintiff has leave of this Court to issue subpoenas for the purpose of compelling information for the purpose of locating Defendant Francis Lee for the purpose of effecting service.

_____
WILLIAM D. QUARLES, JR., JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT MARYLAND