

**PLAINTIFF'S EXHIBIT A**

LEGAL DOCUMENTS EXPRESS COURIERS
(301) 630-3400

№ 2559

Documents? WE DELIVER!
legaldocuments-couriers.com
P.O. Box 273         Toll Free 1 (888) 413-DOCS
Temple Hills, MD 20757-0273     Fax (301) 630-3200

NAME: Jimmy A. Bell
DATE: 08-01-02
ADDRESS: 9610 Marlboro Pike
TELEPHONE #: 301-599-7626
CITY/STATE/ZIP CODE: Upper Marlboro, Md.
DELIVERED BY:

| Quan. | Description | Price |
|---|---|---|
| 1 | Summons: | |
| | Ron Hunt vs. Rita Calbacet | |
| | a/k/a Tracey Inc, et al. | |
| | Francis Lee | |
| | 504 S. Broadway | |
| | Baltimore, Md. | |
| | Case #: 1:02CV2523 | |

Subtotal
Tax
THANK YOU    Total

Jesus is Lord