

PLAINTIFF'S EXHIBIT B

**LEGAL DOCUMENTS EXPRESS COURIERS**
(301) 630-3400
No. 2947

Documents? WE DELIVER!
legaldocuments-couriers.com
P.O. Box 273      Toll Free 1 (888) 413-DOCS
Temple Hills, MD 20757-0273   Fax (301) 630-3200

NAME: Atty. Jimmy Bell
DATE: 10/29/2002
ADDRESS: 7610 Marlboro Pike
CITY/STATE/ZIP CODE: Upper Marlboro MD
DELIVERED BY:

| Quan. | Description | Price |
|---|---|---|
| 1 | Letter for Maryland Dept. of Assessments and Taxation, 301 W. Preston St., Baltimore MD 21201-2395, Case No: L02 CV 2523, Ron Hunt vs Rite Casas aka Terry Tim Francis Las. | |
| | Subtotal | |
| | Tax | |
| THANK YOU | Total | |

Jesus is Lord