IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**RON HUNT**

Plaintiff

Civil Action No.:L 02-CV-2523

v.

**TRACEY'S, INC.**
**a/k/a RITZ CABARET, Et. Al**

Defendants

## ORDER

Upon Consideration of Plaintiff's Response to Show Cause Order, and Plaintiff's Memorandum In Support of Plaintiff's Response To Show Cause Order and in the interests of justice, it is this 10th day of April 2003,

ORDERED, that Plaintiff shall have ninety (90) days from the date of this order to properly effect service on Defendant Francis Lee.

IT IS FURTHER ORDERED, that Plaintiff has leave of this Court to issue subpoenas for the purpose of compelling information for the purpose of locating Defendant Francis Lee for the purpose of effecting service.

WILLIAM D. QUARLES, JR., JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT MARYLAND