AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Ron Hunt

v

Ritz Cabaret
and
Francis Lee

**SUMMONS IN A CIVIL CASE**

CASE 02-CV-2523 WDQ

TO: (Name and address of Defendant)

Francis Lee
504 S. Broadway
Baltimore, MD 21231

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Office of Jimmy A Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                      4-24-03
CLERK                                                   DATE

_Edith Tate_
(By) DEPUTY CLERK