## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

RON HUNT

Plaintiff                                    Civil Action No.:L 02-CV-2523

    v.

**TRACEY'S, INC.**
**a/k/a RITZ CABARET, Et. Al**

    Defendants

### ORDER

Upon Consideration of Plaintiff's Response to Show Cause Order, and Plaintiff's

Memorandum In Support of Plaintiff's Response To Show Cause Order and in the

interests of justice, it is this _16th_ day of _April_ 2003,

ORDERED, that Plaintiff shall have ninety (90) days from the date of this order

to properly effect service on Defendant Francis Lee.

IT IS FURTHER ORDERED, that Plaintiff has leave of this Court to issue

subpoenas for the purpose of compelling information for the purpose of locating

Defendant Francis Lee for the purpose of effecting service.

WILLIAM D. QUARLES, JR., JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT MARYLAND