IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**RON HUNT**
1200 Golf Course Drive
Mitchellville, MD 20721
2523

    Plaintiff

v.

**RITZ CABARET**
a/k/a TRACEY'S INC.

and

**FRANCIS LEE**

    Defendants.

Civil Action No.: L02-CV-2523

## MOTION TO WITHDRAW REQUEST FOR DEFAULT JUDGMENT

COMES NOW, Plaintiff Ron Hunt, by and through his counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and respectfully files this Motion to Withdraw Plaintiff's Request for Default Judgment. For reasons more fully stated in the accompanying Memorandum of Points of Authority in Support of Plaintiff's Motion to Withdraw Request for Default Judgment, Plaintiff asks this Court to grant Plaintiff's Motion to Withdraw Request for Default Judgment.

MOTION GRANTED THIS 29TH DAY APRIL 2003

UNITED STATES DISTRICT JUDGE
WILLIAM D. QUARLES 4/29/03
c/m

1