STATE OF WEST VIRGINIA, COUNTY OF MONONGALIA TO-WIT:

I Executed the within _____Summons_____ in my bailiwick by delivering a true copy thereof to the within name __Francis Lee__ .

☑ **PERSONAL SERVICE**

Being unable to make Personal Service, a copy was delivered in the following manner:

☐ Delivered to _____ of said corporation, in person and he/she then, being a resident of said County and State.

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

☐ Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ **NOT FOUND**

Given under my hand this __6__ day of __May__, 20__03__

**Joseph C. Bartolo**, Sheriff of Monongalia County, West Virginia

By _____Delta_____ Process Server or Deputy for Joseph C. Bartolo, Sheriff

%AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-6-03 |
| NAME OF SERVER (PRINT) F Delli, W | TITLE Chief Process |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where  ECF. Francis Lee

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  5-6-03             Frank DiNoto
           Date              Signature of Server

                             Mon. Co. Sheriff
                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.