**AFFIDAVIT OF RON HUNT**

I, Ron Hunt, of 1200 Golf Course Drive, Mitchellville, Maryland 20721, being duly sworn state the following regarding my experiences with Francis Lee. I initiated communications with Mr. Lee and Joerg Eichelberger, Mr. Lee's agent, concerning the purchase of the Ritz Cabaret and all of it's licenses in February of 2002. I had a closed door face to face meeting with Mr. Lee in February 2002. I also met with Mr. Lee and Mr. Eichelberger together approximately three times Between February 2002 and May 2002. On those occasions I met with Mr. Lee and Mr. Eichelberger at the Ritz Cabaret in Baltimore, and on one occasion I met with Mr. Lee and Mr. Eichelberger at my place of business, the Nexus Gold Club in Washington, D.C. During each meeting we discussed the price, and terms of sale, for the Ritz Cabaret and all of its licenses. Additionally, I submitted my offers in writing to Mr. Lee's agent.

In response to my inquiries concerning the purchase of the Ritz Cabaret and all of it's licenses, Mr. Lee revealed to me that he had federal criminal legal problems. Mr. Lee stated that the federal government was allowing him to sell the Ritz Cabaret in order to settle his debts. Mr. Lee stated that if he did not sell it himself, the government would sell it and he would loose money. Mr. Lee did not disclose the name of who the federal government official who was authorizing him to sell the Ritz Cabaret and all of its licenses. At no time did Mr. Lee or his agent indicate that Mr. Lee was not in a position to enter into a contract for the sale of the Ritz Cabaret. In fact, on May 22, 2002, Mr. Lee entered into a signed Contract of Sale with Philip Bast Gagne and Dennis Alviani, which purported to transfer ownership of the Ritz Cabaret to those named individuals. This contract was even filed with the Baltimore City Liquor Board, for the purpose of commencing the license transfer process..

Under the penalty of perjury, I certify that the above statements are true.

_____
Ron Hunt

Subscribed and sworn to
me on this 5th day of
June, 2003 by the affiant.

_____
Notary Public

JERRICE THOMAS
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires January 10, 2007