IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RON HUNT** | : |
| Plaintiff, | : Civil Action No: L02-CV-252 (WDQ) |
| v. | : |
| **TRACEY'S INC. t/a RITZ CABARET** | : |
| and | : |
| **FRANCIS LEE** | : |
| Defendants. | : |

### PLAINTIFF'S CONSENT MOTION TO AMEND PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

COMES NOW Plaintiff Ron Hunt, by and through counsel Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and respectfully submits this Consent Motion to Amend Plaintiff's Opposition to Defendants' Motion to Dismiss Amended Complaint.

Plaintiff's arguments will be more fully stated in the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (fax)
Counsel for Plaintiff
Bar No. 14639

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **RON HUNT** | : |
| Plaintiff, | : Civil Action No: L02-CV-252 (WDQ) |
| v. | : |
| **TRACEY'S INC. t/a RITZ CABARET** | : |
| and | : |
| **FRANCIS LEE** | : |
| Defendants. | : |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO AMEND PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

COMES NOW Plaintiff Ron Hunt, by and through counsel Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and respectfully submits this Memorandum of Points and Authorities in Support of Plaintiff's Consent Motion to Amend Plaintiff's Opposition to Defendants' Motion to Dismiss Amended Complaint.

For cause, Plaintiff states the following:

1. Under Fed. R. Civ. P. 6, this Court may at any time in its own discretion "enlarge the time period for an act required to be done in a specific time."

2. On July 31, 2002, Plaintiff Hunt filed a Complaint with this Court against Defendant Lee and Defendant Tracey's Inc. t/a Ritz Cabaret.

3. On August 19, 2002, Plaintiff Hunt filed an Amended Complaint with this Court.

4. Defendant mailed Plaintiff Hunt a hard copy of Defendants' Motion to Dismiss Amended Complaint which Plaintiff received on May 19, 2003.

5. On June 5, 2003, Plaintiff filed an Opposition to Defendants' Motion to Dismiss Amended Complaint.

6. In filing his Opposition to Defendant's Motion to Dismiss Amended Complaint, Plaintiff Hunt inadvertently filed a draft version of his opposition.

7. The final version of Plaintiff Hunt's Opposition *(see Exhibit A,* Plaintiff's Amended Opposition to Defendants' Motion to Dismiss Amended Complaint) was not filed with this Court.

8. Plaintiff Hunt now wishes to file the final version of his Opposition to Defendant's Motion to Dismiss Amended Complaint with this Court.

9. Plaintiff spoke with Defense Counsel Bernstein to see if he consented to this Motion. Defense Counsel does indeed consent to this Motion.

WHEREFORE, for the foregoing reasons, Plaintiff Hunt requests that this Honorable Court grant Plaintiff's Consent Motion to Amend Plaintiff's Opposition to Defendants' Motion to Dismiss Amended Complaint.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (fax)
Counsel for Plaintiff
Bar No. 14639

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RON HUNT**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**TRACEY'S INC. t/a**<br>**RITZ CABARET**<br><br>and<br><br>**FRANCIS LEE**<br><br>　　　　Defendants. | Civil Action No: L02-CV-2523<br>(WDQ) |

## ORDER

Upon consideration of Plaintiff's Consent Motion to Amend Plaintiff's Opposition to Defendants' Motion to Dismiss Amended Complaint, and in the interests of justice, it is this _____ day of _____, 2003,

ORDERED, that Plaintiff's Consent Motion to Amend Plaintiff's Opposition to Defendants' Motion to Dismiss Amended Complaint is hereby GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

3