**Law Office Of Jimmy A. Bell, PC**
**9610 Marlboro Pike ~ Upper Marlboro, MD 20772**
**Phone (301) 599-7620 ~ Fax (301) 599-7623**
**Website: www.jimbellesq.com**
**Email: jimbellesq@aol.com**

April 4, 2002

Joerg Eichelberger
4622 Wilmslow Road
Baltimore, Maryland 21210

Re: Ritz Cabaret, 504 South Broadway, Baltimore, MD 21231

Dear Mr. Eichelberger:

Please be advised that my client has authorized me to make an offer of $1.5 million dollars for the property referenced above.

Sincerely,

Jimmy A. Bell, Esq.
Attorney at Law