FROM : JOERG EICHELBERGER    4676857 PHONE NO. : 410 467 685    Apr. 05 2002 02:08PM P1

# JOERG EICHELBERGER - REALTOR
### 4622 WILMSLOW ROAD
### BALTIMORE, MARYLAND, 21210-2555

TEL: 410-467-7578        FAX: 410-467-6857        CAR: 410-336-3901
E-MAIL: joerg43@msn.com

## FACSIMILE

THIS MESSAGE IS ONLY INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

DATE: 04-05-02

FROM: JOERG EICHELBERGER

TO: Jimmy A. Bell, Esq.

FAX #: 301-599-7623

MESSAGE:                    NUMBER OF PAGES INCL. COVER   1

RE: Ritz Cabaret,

Thank you for the offer you made for the Ritz Cabaret yesterday via Fax. The offer was declined by the seller. Like I told you the only reason we still talking with prospective buyer's is, because of the offer that was accepted has a contingency of financing. The seller will entertain other cash offers, if the prospective buyer is willing and able to close the deal within a reasonable time. There is a 6 % ( Six per cent) buyers fee ( Commission) added to the purchasing price.
If you and your buyer is still interested in negotiating, I would suggest a meeting with you, the buyer and myself.

FYI: The seller has the authorization to sell the business and the property, including all of the Licenses, we have to submit the offer to the Fed's for the final approval, who in turn will release the liens that they have at this time.

Call me if you need anymore info.

Sincerely,

Joerg Eichelberger