## Law Office Of Jimmy A. Bell, PC
9610 Marlboro Pike ~ Upper Marlboro, MD 20772
Phone (301) 599-7620 ~ Fax (301) 599-7623
Website: www.jimbellesq.com
Email: jimbellesq@aol.com

May 22, 2002

Joerg Eichelberger
4622 Wilmslow Road
Baltimore, Maryland 21210

Re: Ritz Cabaret, 504 South Broadway, Baltimore, Maryland 21231

Dear Mr. Eichelberger:

This is my third request for information. As I am sure you are aware, banks are very documentation oriented when it comes to deals involving close to two million dollars. I have requested information from you verbally and in writing, but I have received no response. I am now making my third request. Please provide me with the following information: 1) Appraisals made within the last three years; 2) Blue prints; 3) Documentation of gross revenue for the last three years; 4) Documentation of profit loss for the last three years; 5) Copy of environmental studies done within the last three years; 6) Any pictures taken within the last three years; and 7) Copy of the deed.

Thank you for your immediate time and attention to this matter.

Sincerely,

Jimmy A. Bell, Esq.
Attorney at Law