**Law Office Of Jimmy A. Bell, PC**
9610 Marlboro Pike ~ Upper Marlboro, MD 20772
Phone (301) 599-7620 ~ Fax (301) 599-7623
Website: www.jimbellesq.com
Email: jimbellesq@aol.com

June 7, 2002

Joerg Eichelberger
4622 Wilmslow Road
Baltimore, Maryland 21210

  Re: Ritz Cabaret, 504 South Broadway, Baltimore, Maryland 21231

Dear Mr. Eichelberger:

  Please be advised that my client has authorized me to make an offer of $1.6 million dollars for the Ritz Cabaret located at 504 South Broadway in Baltimore, Maryland.

                Sincerely,

                Jimmy A. Bell, Esq.
                Attorney at Law