FROM : JOERG EICHELBERGER    ) 4676857   PHONE NO. : 410 467 685    Jun. 08 2002 11:28AM P1

# JOERG EICHELBERGER - REALTOR
### 4622 WILMSLOW ROAD
### BALTIMORE, MARYLAND, 21210-2555

TEL: 410-467-7578         FAX: 410-467-6857         CAR: 410-336-3901
E-MAIL: joerg43@msn.com

## FACSIMILE

THIS MESSAGE IS ONLY INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

DATE: 6/8/02
FROM: JOERG EICHELBERGER
TO: Jimmy A. Bell, Esq.
FAX #: 1=301-599-7628  7623
MESSAGE:                                NUMBER OF PAGES INCL. COVER   1

RE: Ritz Cabaret, 504 S. Broadway, Baltimore, Md. 21231

The feds approved the management group the Lee was dealing with over the last few month's, as you can see in this mornings Sun Paper, Maryland section page 5B, they advertise the transfer of the Liquor License on 504 S. Broadway.

Since we never know that any deal goes thru, until the check clears, I will forward your clients offer, but first you have to make a change. I informed you before, any offer that's made you have to add a Six per cent (6%) buyers premium. Please make you change and fax it to me and send a hard copy to me by mail.

Any question's please c all me.

Sincerely,

Joerg Eichelberger