Law Office Of Jimmy A. Bell, PC
9610 Marlboro Pike ~ Upper Marlboro, MD 20772
Phone (301) 599-7620 ~ Fax (301) 599-7623
Website: www.jimbellesq.com
Email: jimbellesq@aol.com

June 13, 2002

Joerg Eichelberger
4622 Wilmslow Road
Baltimore, Maryland 21210

    Re: Ritz Cabaret, 504 South Broadway, Baltimore, Maryland 21231

Dear Mr. Eichelberger:

    Please be advised that my client has authorized me to make an offer of $1.6 million dollars plus a six percent (6%) buyer's premium for the Ritz Cabaret located at 504 South Broadway in Baltimore, Maryland.

                                            Sincerely,

                                            Jimmy A. Bell, Esq.
                                            Attorney at Law