FROM : JOERG EICHELBERGER    4676857  PHONE NO. : 410 467 685    Jun. 15 2002 10:31PM P1

# JOERG EICHELBERGER - REALTOR
### 4622 WILMSLOW ROAD
### BALTIMORE, MARYLAND, 21210-2555

TEL: 410-467-7578      FAX: 410-467-6857      CAR: 410-336-3901
E-MAIL: joerg43@msn.com

## FACSIMILE

THIS MESSAGE IS ONLY INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

DATE: 6/15/02
FROM: JOERG EICHELBERGER
TO: Jimmy A. Bell, PC
FAX #: 1-301-599-7623
MESSAGE:                                NUMBER OF PAGES INCL. COVER   1

Jimmy A. Bell, PC
9610 Marlboro Pike
Upper Marlboro, Md. 20772

RE: Ritz Cabaret, 504 South Broadway, Baltimore, MD. 21231

Dear Mr. Bell,

I took your offer to Linda Lee Buck, who at this time is appointed, and has the Power of Attorney to handle any of Francis Lee business matters.

You can reach Linda Lee Buck by phone at the Ritz (410) 327-0853 or at her cell phone (410) 230-5026 or by Fax at( 410)-238-7554. The offer from the other Group that is in at this time and who attempted to transfer the Liquor License without the seller's signature is in limbo at this time, we withdrew the application of the transfer, and waiting for the next step. Hopefully the attorney is able to void the signed contract. Since I'm going to be away to recuperate from my operation on my Spine, I won't be able to assist you, just work with Linda Lee Buck and the Attorney she will use in this matter. If the deal goes thru the buyers premium needs to be send to Melvin Kodenski,19 East Fayette Street, Baltimore, Md. 21202, he represents me on all my pending, settlements's.

Good luck and remember its not going to happen over night.   Joerg Eichelberger

cc Linda Lee Buck
   Melvin Kodenski