## AFFIDAVIT OF MEGAN ELINA MATTSON

I, Megan E. Mattson, of 9160 Bourbon Street, Apartment L, Laurel, Maryland 20723 being duly sworn state the following regarding my knowledge of the statements made by Mr. Lee, owner of the Ritz Cabaret located on South Broadway in Baltimore, Maryland, regarding Ron Hunt, owner of the Nexus Gold Club and prospective buyer of the Ritz Cabaret.

On one particular day in May, 2002, Ron Hunt came to the Ritz Cabaret to discuss the purchase of the club with the owner, Mr. Lee. I did not personally see Mr. Hunt come into the club that night because he had already left by the time that I arrived, but I was made aware of his visit by one of the bartenders who was commenting about how much money she had made on account of Mr. Hunt. The bartender specifically mentioned to me that Mr. Hunt had come into the Ritz Cabaret to talk to Mr. Lee about buying the club.

After speaking with the bartender, I went to place my name on the dance board. At this moment, I encountered Mr. Lee who was seated near the dance board as usual. I asked him: "Who's gonna buy the club?" He responded: "That cocky, arrogant motherfucker will never get this club." Mr. Lee then continued by stating that Mr. Hunt would never be able to keep the club in the condition that it was in and that Mr. Hunt would not be able to keep the club up and running. He said that Mr. Hunt could not keep the club open for a month. He said that the Ritz was an upscale place and that Mr. Hunt was going to bring the club down. He also said that Mr. Hunt would bring a lower class of clientele. I knew that Mr. Lee was referring to Ron Hunt because Mr. Hunt was the only person who had come in to discuss the purchase of the club that particular day. Although I never personally saw any other buyers come into the club, I knew from other employees at the Ritz Cabaret that there were other persons who had come into the club looking to buy it. I have never heard Mr. Lee make comments about any other buyer, besides Mr. Hunt, that has come into the club looking to purchase it.

Under the penalty of perjury, I certify that the above statements are true.

*Megan E. Mattson*
Megan E. Mattson

Subscribed and sworn to me on the 26th
day of July, 2002 by the affiant.

*[signature]*
Notary Public