IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RON HUNT | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No.: L02-CV-2523 |
| RITZ CABARET<br>a/k/a TRACEY'S INC.<br>and<br>FRANCIS LEE | *<br><br>*<br><br>* | |
|     Defendants | | |

\* \* \* \* \* \* \* \*

## MOTION TO STRIKE APPEARANCE OF COUNSEL

Pursuant to Local Rule 102.2, Rules of the United States District Court for Maryland, undersigned counsel, Charles G. Bernstein, moves to strike his appearance as counsel for Ritz Cabaret aka Tracey's, Inc. and Francis Lee noting that the appearance of Brenda Grantland remains in the case as counsel for both defendants.

                                                       _____
                                                       Charles G. Bernstein, Fed. Bar #00710
                                                       The World Trade Center, Suite 800
                                                       401 E. Pratt Street
                                                       Baltimore, MD 21202
                                                       (410) 685-3400

                                                       Attorney for Defendant Lee

ORDERED AS PRAYED, this _____ day of June, 2003.

                                                       _____
                                                       Judge
                                                       United States District Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 23rd day of June, 2003, a copy of the foregoing Motion to Strike Appearance was mailed, first class, postage prepaid to Linda Grantland, Esquire, 265 Miller Avenue, Mill Valley, CA 94941;  Ms. Linda Buck, 5054 Springhouse Circle Baltimore, MD 21237; Jimmy A. Bell, Esquire, 9610 Marlboro Pike, Upper Marlboro, MD 20772.

_Charles J. Bernstein_
Charles G. Bernstein