**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

```
RON HUNT                              *
        Plaintiff                     *
    v.                                *     Civil Action
TRACEY'S INC. t/a RITZ CABARET*             No.: 1:02-CV-02523-WDQ
    and                               *
FRANCIS LEE                           *
        Defendants                    *
                                      *

  *    *    *    *   **********    *    *    *    *
```

**NOTICE OF ENTRY OF APPEARNCE**

Mr. Clerk:

Please kindly enter the appearance of David F. Albright, Jr. and the law firm of Bennett & Albright, P.A., as co-counsel with Brenda Grantland, for the Defendant Francis Lee in the above-referenced matter.

                                                                    _____
David F. Albright, Jr.
Trial Bar No.: 02234
BENNETT & ALBRIGHT, P.A.
200 Court Square Building
200 E. Lexington Street
Baltimore, Maryland  21202
(410) 727-2168

Attorneys for Defendant
 Frances Lee

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on this ____ day of July, 2003, a copy of the foregoing was sent electronically and via regular mail to the following:

    Jimmy A. Bell, Esq.
    9610 Marlboro Pike
    Upper Marlboro, MD 20772

    Brenda Grantland, Esq.
    265 Miller Avenue
    Mill Valley, CA 94941

    _____
    David F. Albright, Jr.
    BENNETT & ALBRIGHT, P.A.
    200 Court Square Building
    200 E. Lexington Street
    Baltimore, MD  21202
    (410) 727-2168

    Attorneys for Plaintiffs