**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

```
RON HUNT                           *

      Plaintiff                    *

   v.                              *     Civil Action

TRACEY'S INC. t/a RITZ CABARET*          No.: 1:02-CV-02523-WDQ

and                                *

FRANCIS LEE                        *

      Defendants                   *

                                   *

*     *     *     *     **********     *     *     *     *
```

**MOTION TO ENLARGE TIME**

Francis Lee, one of the Defendants, by his undersigned counsel, hereby files this Motion to Enlarge Time, and states as follows:

1. That the Reply to the Plaintiff's Amended Opposition to Defendants' Motion to Dismiss Amended Complaint is due July 3, 2003;

2. That undersigned counsel has been retained today as local counsel for the Defendant, Francis Lee;

3. That lead counsel, Brenda Grantland, has attempted to obtain the consent of the Plaintiff to the relief requested herein, but has not received a response;

WHEREFORE, Defendant, Francis Lee, respectfully requests that this Honorable Court enlarge the time for him to file his

Reply to the Plaintiff's Amended Opposition to Defendant's Motion to Dismiss Amended Complaint up to and including July 17, 2003.

                                                                 _____
David F. Albright, Jr.
Trial Bar No.: 02234
BENNETT & ALBRIGHT, P.A.
200 Court Square Building
200 E. Lexington Street
Baltimore, Maryland  21202
(410) 727-2168

Attorneys for Defendant
 Frances Lee

### NOTICE OF SERVICE

I HEREBY CERTIFY that on this \_\_\_\_ day of July, 2003, a copy of the foregoing was sent electronically and by regular mail to the following:

        Jimmy A. Bell, Esq.
        9610 Marlboro Pike
        Upper Marlboro, MD 20772

        Brenda Grantland, Esq.
        265 Miller Avenue
        Mill Valley, CA 94941

                                  _____
                                  David F. Albright, Jr.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

```
RON HUNT                              *

       Plaintiff                      *

    v.                                *    Civil Action

TRACEY'S INC. t/a RITZ CABARET*            No.: 1:02-CV-02523-WDQ

and                                   *

FRANCIS LEE                           *

       Defendants                     *

                                      *

 *    *    *    *    **********    *    *    *    *
```

**MEMORANDUM IN SUPPORT OF DEFENDANT'S**
**MOTION TO ENLARGE TIME**

The relief requested in the Defendant's Motion to Enlarge Time is made in accordance with Local Rule 105.  No prejudice or unreasonable delay will result in the granting of the motion.

```
                              _____
                              David F. Albright, Jr.
                              Trial Bar No.: 02234
                              BENNETT & ALBRIGHT, P.A.
                              200 Court Square Building
                              200 E. Lexington Street
                              Baltimore, Maryland  21202
                              (410) 727-2168

                              Attorneys for Defendant
                               Frances Lee
```

**<u>NOTICE OF SERVICE</u>**

I HEREBY CERTIFY that on this \_\_\_\_ day of July, 2003, a copy of the foregoing was sent electronically to the following:

>Jimmy A. Bell, Esq.
>9610 Marlboro Pike
>Upper Marlboro, MD 20772
>
>Brenda Grantland, Esq.
>265 Miller Avenue
>Mill Valley, CA 94941

>_____
>David F. Albright, Jr.