**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

```
RON HUNT                              *

        Plaintiff                     *
                                            Civil Action
    v.                                *
                                            No. 02-CV-2523
TRACEY'S INC., t/a/ RITZ CABARET,     *
 et al.
                                      *
        Defendants
                                      *

        *    *    *    *    ********   *    *    *    *
```

**LINE**

Attached hereto is the Government's Motion to Amend Final Forfeiture Order.

                                            Respectfully submitted

                                            _____

                                            BRENDA GRANTLAND
                                            265 Miller Avenue
                                            Mill Valley, CA  94941
                                            (415) 380-9108

                                            _____

                                            DAVID F. ALBRIGHT, JR.
                                            Bar #02234
                                            Local counsel
                                            Bennett & Albright, P.A.
                                            200 E. Lexington St., Suite 200

                                            Baltimore, MD 21202
                                            (410) 727-2168

                                            Attorneys for Defendant
                                             Francis Lee

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Line was served electronically upon Jimmy A. Bell, Law Office of Jimmy A. Bell, P.C., 9610 Marlboro Pike, Upper Marlboro, MD 20772, this 17th day of July, 2003.

_____
BRENDA GRANTLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 18 A 11: 30

UNITED STATES OF AMERICA

v.

FRANCIS LEE, a/k/a Le Ouyen Din.

CRIMINAL'S NO. S-01-0232

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

(Re: Lee Property)

........oOo........

## GOVERNMENT'S MOTION TO AMEND FINAL FORFEITURE ORDER

The United States of America, by its counsel, Thomas M. DiBiagio, United States Attorney for the District of Maryland, and Martin J. Clarke, Assistant United States Attorney for said district, and pursuant to Rule 32.2(e)(2) of the Federal Rules of Criminal Procedure, hereby respectfully moves the Court to amend the final order of forfeiture issued by this Court on August 30, 2002, and in support thereof states as follows:

1. The Final Order of Forfeiture set forth how the proceeds of the sale of The Ritz Properties should be distributed by the United States Marshals Service. *See* Attachment A at 2.

2. The U.S. Marshals Service sold the Ritz Property through an online auction conducted on its behalf by Bid4Assets.com. The winning bidder was Joseph Soltas ("Buyer"), who was investigated by the U.S. Marshals Service and found to be an appropriate buyer. On October 18, 2002, Buyer agreed to purchase the Ritz Property for a purchase price of $1,075,000.00.

3. The U.S. Marshals Service retained the law firm of Stearns, Weaver, Miller, *et. al*, to represent it in the sale. The law firm is experienced in handling the purchases and sales of real property in Maryland and other locations across the country. The Buyer and the U.S. Marshals Service entered into a Purchase and Sale Agreement dated November 21, 2002 (as later amended), and the parties proceeded toward closing. The parties are ready, willing and able to proceed to closing upon the issuance of the Court's Amended Final Order of Forfeiture.

4. As is customary in commercial transactions of this type in the State of Maryland, the Buyer ordered a title search for the purpose of obtaining title insurance for its

purchase. The title insurer ("Title Company") issued its title insurance commitment, which reflected numerous encumbrances previously unknown to the government, among them a large number of money judgments that had been filed over the years against Francis Lee and the Ritz Property, some dating back to 1993. *See* Attachment B. The title commitment will be updated periodically through the date of closing, and it is conceivable that other encumbrances of record may be found prior to closing (collectively, the "Encumbrances"). In order for the Title Company to issue an owner's title insurance policy acceptable to Buyer (or to any reasonable purchaser of similar property), all of the Encumbrances, whatever their origin, must be satisfied.

5. Also as is customary in commercial transactions of this type, the closing of this transaction will be done through an escrow arrangement. In this case, the Title Company will act as escrow agent to collect all executed transactional documents, to record the deed, and to make disbursements of all proceeds of the sale to the appropriate parties according to the Sales Proceeds Disbursement Summary. *See* Attachment C. In the purchase and sale of real and personal property, it is commercially reasonable for a buyer to demand, and for a seller to agree, that all judgment liens and other encumbrances be satisfied as a condition of closing the transaction. Moreover, it is often possible to arrange for the satisfaction of an encumbrance for an amount less than the face amount of the judgment, plus interest and fees. Counsel for Francis Lee, Brenda Grantland, Esq., has indicated that she is willing to attempt to negotiate satisfactions of the Encumbrances for discounted amounts in order to maximize the net proceeds payable to Francis Lee.

6. In light of the foregoing, the government moves the Court to amend the Final Order of Forfeiture by adding the following language:

> All money judgments of record not listed above (hereinafter, "Encumbrances") plus all interest, costs and attorneys' fees which have accrued in connection with the Encumbrances are hereby deemed to be part of the United States Marshals's "expenses it incurs in the management and sale of the property....," as contemplated by the original Final Order of Forfeiture. After payment of the undisputed sums reflected on the Sales Proceeds Disbursement Summary attached to the Government's Motion to Amend Final Order of Forfeiture, the Title Company shall (a) hold for a period of sixty (60) days, in lieu of a surety bond in favor of the Title Company,

2

a sum approximately three (3) times the aggregate face amount of the outstanding Encumbrances ("Surety Sum"); (b) deduct the amount of the Surety Sum from the amount paid to Francis Lee at closing; (c) allow counsel for Francis Lee, Brenda Grantland, Esq., a period of sixty (60) days to either negotiate discounted payments of the Encumbrances or the Title Company shall be entitled to pay such Encumbrances in full, including accrued interest, costs and fees, and to obtain the requisite satisfactions of all Encumbrances; and (d) after receipt and recordation of the requisite satisfactions, disburse the balance of the Surety Sum to Francis Lee. Counsel for Francis Lee and agents for the U.S. Marshals Service and the Title Company are authorized to obtain payoff information and satisfactions of judgments and other liens from all creditors and to pay and settle such judgments and other liens in amounts within their sole discretion.

7. Counsel for Francis Lee, Brenda Grantland, Esq., has reviewed the proposed amendment and discussed it with her client. Ms. Grantland has authorized the government to tell the Court that she and Mr. Lee have no objection to the amendment.

8. Pursuant to ¶ 5 of the Final Order of Forfeiture, this Court retained "jurisdiction to enter any orders necessary to amend or enforce [it]."

Wherefore, the government respectfully moves for an amended final order of forfeiture.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By: _____
Martin J. Clarke
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
(410) 209-4800

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of December 2002, a copy of the foregoing Government's Motion for a Final Order of Forfeiture Order was sent via telefacsimilie to the attorney for the defendant, Brenda Grantland, Esquire.

Martin J. Clarke
Assistant United States Attorney

4