## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROB HUNT | * |
| Plaintiff | * |
| v. | * |
| TRACEY'S INC., t/a RITZ CABARET | * |
| and | * |
| FRANCIS LEE | * |
| Defendants | *   Case No. 02-CV-2523 |

\* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF LINDA BUCK

I, Linda Buck, depose and say as follows:

I live at 5054 Spring House Circle, Baltimore, MD 21237. This is also the residence of Francis Lee, a defendant in this case. I manage Francis Lee's affairs during his incarceration. He resided at 5054 Spring House Circle, Baltimore, MD 21237 for five (5) years, until his incarceration in federal prison, and he still maintains this address as his official domicile. He plans to return living at 5054 Spring House Circle, Baltimore, MD 21237 when he is released.

I declare under the penalty of perjury under the laws of the United States and the State of Maryland that the foregoing is true and correct.

_7/15/03_
DATE

_Linda Buck_
LINDA BUCK, DECLARANT

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served electronically upon Jimmy A. Bell, Law Office of Jimmy A. Bell, P.C., 9610 Marlboro Pike, Upper Marlboro, MD 20772, this 17th day of July, 2003.

_____
BRENDA GRANTLAND