IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

RON HUNT,

      Plaintiff

v.

TRACEY'S, INC., etc., et al.

      Defendants

Civil No. WDQ-02-2523

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 21st day of July 2003,

ORDERED that the defendant's Motion to Dismiss BE, and HEREBY IS, DENIED WITHOUT PREJUDICE; and it is

FURTHER ORDERED that the parties are to conclude discovery on the issue of Lee's capacity or agency to contract by September 19, 2003; and it is

FURTHER ORDERED that the parties shall file dispositive motions by October 17 2003

                                    WILLIAM D. QUARLES, JR
                                    United States District Judge

4