FROM : JOERG EICHELBERGER   : 4676857   PHONE NO. : 410 467 6857   May. 28 2002 04:19PM P1

# JOERG EICHELBERGER - REALTOR
### 4622 WILMSLOW ROAD
### BALTIMORE, MARYLAND, 21210-2555

TEL: 410-467-7578   FAX: 410-467-6857   CAR: 410-336-3901
E-MAIL: joerg43@msn.com

### FACSIMILE

THIS MESSAGE IS ONLY INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

DATE: 5/28/02
FROM: JOERG EICHELBERGER
TO: Jimmy A. Bell, Esq.
FAX #: 1-301-599-7623
MESSAGE:            NUMBER OF PAGES INCL. COVER   1

Since the Federal Government has seized the Ritz and all of the records there is nothing that we can provide you with, that would help your client to obtain financing from a bank.
The way it works is the same as I told you before, any legit contract is forwarded to the Federal Government, they will investigate the person or group to see if there are qualified to purchase the Ritz. No contingencies are accepted especially financing. Its basically like a auction, the best party qualified wins the bid. Plus there is a 6% buyer premium added to the purchase price payable to: Joerg Eichelberger/Realtor, Att: Melvin Kodenski, Esq., 19 East Fayette Street, Baltimore, MD. 21202
The business will be free and clean of any liens, taxes etc., at the time of settlement, any question please contact me.

In the mean time I hope that the interested party will not speak with any of the employee's at the Club like in the past, act professionally and call me so I can be there.

Since Mr. Lee is temporarily under medical care (2 weeks) and the federal Government is not interested in running the Club, Lee's business partner is managing the Club with our help and 2 Managers.

Sincerely,
Joerg Eichelberger

Please return confirmation that you have received this Fax.   Thank you