IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| RON HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No: WDQ-02-CV-2523 |
| | ) | |
| v. | ) | |
| | ) | |
| TRACEY'S INC. | ) | |
| t/a RITZ CABARET, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO
ENLARGE DISCOVERY BY FORTY-FIVE DAYS**

COMES NOW Plaintiff, Ron Hunt, by and through counsel, Jimmy A. Bell, Esq. and The Law Office of Jimmy A. Bell, P.C., pursuant to Federal Rule of Civil Procedure 6(b), to respectfully present this Motion to Enlarge Discovery by Forty-Five Days. Plaintiff's arguments are more fully set forth in the accompanying Memorandum of Points and Authorities, incorporated by reference.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)
Bar No. MD 14639
Counsel for the Plaintiff

Dated: August 26, 2003

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| **RON HUNT,** )  | |
| ) | |
|       Plaintiff**,** ) | **Civil Action No: WDQ-02-2523** |
| ) | |
| v. ) | |
| ) | |
| **TRACEY'S INC.** ) | |
| **t/a RITZ CABARET, <u>et al.</u>,** ) | |
| ) | |
|       Defendants. ) | |

**<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO ENLARGE DISCOVERY BY FORTY-FIVE DAYS</u>**

    COMES NOW Plaintiff, Ron Hunt, by and through counsel, Jimmy A. Bell, Esq. and The Law Office of Jimmy A. Bell, P.C., pursuant to Federal Rule of Civil Procedure 6(b) to respectfully submit this Memorandum of Points and Authorities in Support of Plaintiff's Motion to Enlarge Discovery by Forty-Five Days.

    For cause, Plaintiff states the following:

1. That, pursuant to Federal Rule of Civil Procedure 6 (b), this Court may at any time in its own discretion "enlarge the time period for an act required to be done in a specific time";

2. That on July 21, 2003, this Court ordered that parties must conclude discovery on the issue of Defendant Lee's agency or capacity to contract by September 19, 2003;

3. That on August 26, 2003, Plaintiff filed with this Court Plaintiff Ron Hunt's Motion for Leave of Court to Depose Defendant Francis Lee and an accompanying Memorandum of Points and Authorities in Support of Plaintiff Ron Hunt's Motion for Leave of Court to Depose Defendant Francis Lee, pursuant to Federal Rule of Civil Procedure 30(a)(2);

4.  That Plaintiff anticipates that the discovery deadline of September 19, 2003 will not fully afford Plaintiff the opportunity to coordinate the deposition of Defendant Lee, prisoner 34633-037 in the Federal Correctional Institution, Morgantown, West Virginia;

5.  That said deposition must be coordinated with the Federal Correctional Institution, Morgantown, West Virginia, who conducts its own background investigations on all persons attending the deposition, including counsel and court reporters;

6.  That for these reasons, Plaintiff requests that discovery be extended in this matter for an additional forty-five days;

7.  That Plaintiff's proposed extension of discovery would bring discovery to a close on November 3, 2003;

8.  That Plaintiff's Counsel attempted to contact local counsel for Defendant Lee to see if he would consent to this Motion, although defense counsel could not be reached;

9.  That Defendants will not be prejudiced if this Motion is granted.

WHEREFORE, for the foregoing reasons, Plaintiff requests that this Court grant Plaintiff's Motion to Enlarge Discovery by Forty-Five Days.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD  20772
(301) 599-7620
(301) 599-7623 (fax)
Bar No. MD 14639
Counsel for the Plaintiff