IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **RON HUNT** : | |
| : | Civil Action No: L02-CV-2523 |
| Plaintiff, : | (WDQ) |
| : | |
| v. : | |
| : | |
| **TRACEY'S INC. t/a** : | |
| **RITZ CABARET, et al.** : | |
| : | |
| Defendants. : | |

## PLAINTIFF RON HUNT'S MOTION FOR LEAVE OF COURT TO DEPOSE DEFENDANT FRANCIS LEE

COMES NOW Plaintiff Ron Hunt, by and through counsel Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and respectfully submits this Motion for Leave of Court to Depose Defendant Francis Lee. Plaintiff's arguments will be more fully set forth in the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (fax)
Counsel for Plaintiff
Bar No. 14639

Dated: August 26, 2003