IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RON HUNT ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 02-CV-2523 |
| v. ) | |
| ) | |
| TRACEY'S INC., t/a/ RITZ CABARET ) | |
| ) | DECLARATION OF |
| and ) | LEONARD BRISKMAN |
| ) | |
| FRANCIS LEE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

I, Leonard Briskman, depose and say as follows:

I am employed by the U.S. Marshal's Service as Deputy Chief for Business Management. I have held that position since March 2002, and have been with the Marshal Service since February 1998. The responsibilities of my position include the evaluation, management oversight, and disposal of all businesses, commercial real estate, and financial instruments targeted for seizure and forfeiture through the U.S. Department of Justice.

In May 2002, I conducted an evaluation of the Ritz Cabaret, located at 504 S. Broadway, Baltimore, MD. Later I was assigned the task of managing the disposition of that property for the U.S. government.

1

After Francis Lee's sentencing and proportionality hearing on August 28, 2002, the U.S. Marshal Service began marketing the property for sale. We decided to sell the property through the on-line auction service Bid4Assets. We notified all of the potential buyers who had submitted written offers on the Ritz Cabaret that they would have to bid on the property online. They were also notified that no offers with contingencies would be accepted and that the government reserved the right to refuse to sell to any person or entity found to have a criminal record or ties to corrupt organizations. The highest bidder would undergo a criminal background check by the FBI, and if he failed to qualify, the process would be repeated with the next highest bidder.

At no time did I, nor any other representative of the U.S. Marshal Service, delegate to Francis Lee or to Joerg Eichelberger the authority to sell the Ritz Cabaret for the federal government. Mr. Lee did solicit written offers to purchase the Ritz Cabaret, which he passed on to me. Those offers were not binding on the government – all of the potential buyers had to go through the auction process, and be subjected to the criminal background check, in order to have their bids considered.

The property sold to Joseph Soltas – the highest bidder on Bid4Assets.com – for $1,075,000.

I declare under penalty of perjury under the laws of the United States and the State of Maryland that the following is true and correct.

DATED: September 3, 2003

_____
LEONARD BRISKMAN,
DECLARANT

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on this __9__ day of September, 2003, a copy of the foregoing was sent electronically and via first-class mail, postage pre-paid, to the following:

Jimmy A. Bell, Esq.
9610 Marlboro Pike
Upper Marlboro, MD 20772

Brenda Grantland, Esq.
265 Miller Avenue
Mill Valley, CA 94941

_____
David F. Albright, Jr.