IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RON HUNT | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 02-CV-2523 |
| v. | )<br>) |
| TRACEY'S INC., t/a/ RITZ CABARET | )<br>) DECLARATION OF |
| and | ) ASSISTANT U.S.<br>) ATTORNEY |
| FRANCIS LEE | ) MARTIN CLARKE<br>) |
| Defendant. | )<br>) |

I, Martin Clarke, depose and say as follows:

I am employed by the U.S. Attorney's Office in Baltimore Maryland as a criminal prosecutor.

I was the prosecutor in the criminal case of *United States v. Francis Lee*, U.S. District Court for the District of Maryland (Baltimore) case number S-01-0232. The prosecution in that case included the criminal forfeiture of the Ritz Cabaret, located at 504 S. Broadway, Baltimore, MD. That property was criminally forfeited as part of the plea bargain that Lee entered on March 6, 2002. The Preliminary Forfeiture Order, which forfeited Francis Lee's interest in the property, was signed by Judge Smalkin on April 10, 2002.

1

EXHIBIT A

The disposition and sale of the forfeited property was handled by the U.S. Marshal Service. Lynn Briskman was the managing agent at the Marshal Service in charge of the sale of this property. At no time did I, nor any other representative of the U.S. Attorney's Office, delegate to Francis Lee or Joerg Eichelberger the authority to sell the Ritz Cabaret for the federal government.

I declare under penalty of perjury under the laws of the United States and the State of Maryland that the preceding is true and correct.

DATED: 9/5/03

AUSA MARTIN CLARKE
DECLARANT

2