**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

```
RON HUNT                              *

        Plaintiff                     *
                                            Civil Action
    v.                                *
                                            No. 02-CV-2523
TRACEY'S INC., t/a/ RITZ CABARET,     *
  et al.
                                      *
        Defendants
                                      *


    *   *   *   *   ********    *   *   *   *
```

**MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION**
**TO ENLARGE DISCOVERY BY FORTY-FIVE DAYS**

Francis Lee, Defendant, by his undersigned counsel, hereby files this response to Plaintiff's Motion To Enlarge Discovery By Forty - Five Days, and states as follows:

1. Defendant has no objection, provided that the Court permit Defendant to file a dispositive motion within forty - five days after the close of discovery.

Respectfully submitted

_____
BRENDA GRANTLAND
265 Miller Avenue
Mill Valley, CA  94941
(415) 380-9108

_____
DAVID F. ALBRIGHT, JR.
Bar #02234 - Local counsel
Bennett & Albright, P.A.
200 E. Lexington Street, #200
Baltimore, MD 21202
(410) 727-2168
Attorneys for Defendant
 Francis Lee

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by ~~Priority Mail~~ E-FILING upon Jimmy A. Bell, Law Office of Jimmy A. Bell, P.C., 9610 Marlboro Pike, Upper Marlboro, MD 20772, this ___9___ day of _September_, 2003.

_____
BRENDA GRANTLAND