**Law Office of Jimmy A. Bell, P.C.**
9610 Marlboro Pike – Upper Marlboro, MD 20772
Phone (301) 599-7620 – Fax (301) 599-7623
Website: www.jimbellesq.com
Email: jimbellesq@aol.com

October 21, 2003

<u>**VIA FACSIMILE & GROUND MAIL**</u>
Brenda Grantland, Esquire
265 Miller Avenue
Mill Valley, California 94941

Re:  <u>Hunt v. Tracey's, Inc.</u>; U.S. Dist. Ct. Case No. 1:02-cv-02523-WDQ

Dear Ms. Grantland:

    We have learned from your client Francis Lee's case manager, Lisa Little at the FCI Morgantown, that they will be best able to accommodate our October 27, 2003 deposition at 7:30 a.m., Eastern Standard Time, 4:30 a.m., your time. Obviously, if you intend to appear by telephone, as we have previously agreed as an accommodation to you, you should be aware that the deposition will be quite early in the morning, for you. You may prefer to fly to West Virginia and appear, in person or to send local counsel. Whatever your preference, please respond immediately.

    Also, please contact Ms. Little to inquire as to whether the FCI will allow you the telephone accommodation. Ms. Little told me this morning that the telephone was set up for last Friday, October 17, but it may not be in place for our upcoming deposition. By contacting the main number at FCI Morgantown, you may be referred to Ms. Little. That number is 304-296-4416.

Sincerely,

Jimmy A. Bell, Esq.
