Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike ~ Upper Marlboro, MD 20772
Phone (301) 599-7620 ~ Fax (301) 599-7623
Website: www.jimbellesq.com
Email: jimbellesq@aol.com

September 29, 2003

David F. Albright, Jr., Esquire
Bennett & Albright PA
200 Court Square Building
Lexington & Calvert Streets
Baltimore, Maryland 21202

      Re:    Hunt v. Tracey's, Inc.; U.S. Dist. Ct. Case No. 1:02-cv-02523-WDQ
              (*via* Ground Mail and Facsimile (at 410-547-8621))

Dear Mr. Albright:

    This letter is written to memorialize the telephone conversation you had with my associate, Jeffrey Lawson, on Friday, September 26, 2003. Mr. Lawson informed you that as Judge Quarles has issued a paperless order granting our motion to depose your client, Francis Lee, we have set a tentative deposition date of October 14, 2003. The deposition will take place at the Federal Correctional Institution, Morgantown, in West Virginia.

    We have attempted to contact your co-counsel, Brenda Grantland, Esquire regarding this deposition. My office called Ms. Grantland and left messages on her voicemail conveying the need for a timely reply to our call regarding this matter at both 10:20 a.m. and 12:05 p.m., Eastern Standard Time on Friday, September 26. To date, we have not received a reply telephone call from Ms. Grantland. Please assist us in this effort by either having your office work to establish contact with Ms. Grantland so that we may depose Mr. Lee, or, in the alternative, as you are co-counsel of record, by attending this deposition on October 14. As there process of acquiring a deposition in a federal correctional facility in complex, and the order to depose Mr. Lee expires on November 3, 2003, your timely response is requested so that we may comply with the order of the court.

                                                                 Sincerely,

                                                                 Jimmy A. Bell, Esq.

cc:    Brenda Grantland, Esquire
        265 Miller Avenue
        Mill Valley, California 94941