# Brenda Grantland

Attorney at Law
265 Miller Avenue
Mill Valley, CA 94941
(415) 380-9108
fax (415) 381-6105

October 23, 2003

Jimmy Bell
9610 Marlboro Pike
Upper Marlboro MD 20772

Dear Mr. Bell:

Yesterday I received your notice of deposition (dated October 20, but sent by Fed Ex on the 21st), stating that you have rescheduled the deposition of my client for next Monday, Oct. 27, at 10 a.m.. That is an acceptable time, so long as I can appear by phone. You did not state in your notice whether the prison could accommodate my appearing by phone on that date, and I have not been able to reach anyone at the prison to confirm. I am assuming that the prison agreed to put the phone line in again so that I could appear by phone, and have left a message for my client with his girlfriend, telling her to let Lee know about the new deposition. I also called Mr. Albright's office to tell him not to e-file my opposition motion, but they had already filed it.

If the prison cannot accommodate my appearing by phone again, the deposition cannot be held on Monday – so let me know so that I won't wait by the phone unnecessarily again.

As your for 22-page fax you sent earlier today, I hope you took the time to read the materials on legal ethics which you sent me. If not, you should.

If I don't hear back from you, I will be waiting at my office for the phone call on Monday.

Sincerely,

Brenda Grantland

Brenda Grantland

10/25/2003  00:20    4153816105                    BRENDA GRANTLAND ESQ              PAGE  01

# Brenda Grantland
Attorney at Law
265 Miller Avenue
Mill Valley, CA 94941
(415) 380-9108
fax (415) 381-8105

## FAX TRANSMITTAL SHEET

Date: 10-23-2003

To: Jimmy Bell  3.01- 599-7623
    Dave Albright  410- 547-8621

Re: Hunt v. Lee

This transmission consists of __3__ pages, including this cover sheet. If you did not receive all of the pages, please call.

1