District of Maryland (CM/ECF Live) - Docket Report                          Page 1 of 7

**U.S. District Court**
**District of Maryland (Baltimore)**
**CIVIL DOCKET FOR CASE #: 1:02-cv-02523-WDQ**

Hunt v. Ritz Cabaret, et al
Assigned to: Judge William D Quarles Jr.
Referred to:
Demand: $10000000
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:1981 Civil Rights

Date Filed: 07/31/02
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Ron Hunt**                       represented by  **Jimmy A Bell**
                                                   Law Office of Jimmy A Bell PC
                                                   9610 Marlboro Pike
                                                   Upper Marlboro, MD 20772
                                                   13015997620
                                                   Fax : 13015997623
                                                   Email: jimbellesq@aol.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Tamiko Sherisse Shook**
                                                   Law Office of Jimmy A Bell PC
                                                   9610 Marlboro Pike
                                                   Upper Marlboro, MD 20772
                                                   3015997620
                                                   Fax : 13015997623
                                                   *ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Ritz Cabaret**
*TERMINATED: 08/20/2002*

*aka*
**Tracy, Inc.**

**Francis Lee**                    represented by  **Charles G Bernstein**
                                                   Bernstein and Sakellaris
                                                   401 E Pratt St Ste 1622
                                                   Baltimore, MD 21202

https://ecf.mdd.uscourts.gov/cgi-bin/DktRpt.pl?905938482666016-L_795_0-1          10/27/2003

4106853400  
Fax : 14106853453  
Email: mscederakis@aol.com  
*TERMINATED: 06/24/2003*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**David F Albright, Jr**  
Bennett and Albright PA  
200 Court Square Bldg  
Lexington and Calvert Sts  
Baltimore, MD 21202  
14107272168  
Fax : 14105478621  
Email: dfalbrightjr@yahoo.com  
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**
-----------------------

**U.S. Bankruptcy Court**

**Paul Mannes**

**Defendant**
-----------------------

**Tracey's, Inc.**

*ta*  
**Ritz Cabaret**

| Filing Date | # | Docket Text |
|---|---|---|
| 07/31/2002 | 1 | COMPLAINT filed; FILING FEE $ 150.00 RECEIPT # 2288227 (elt, Deputy Clerk) (Entered: 07/31/2002) |
| 07/31/2002 | 1 | DEMAND for jury trial by Ron Hunt (elt, Deputy Clerk) (Entered: 07/31/2002) |
| 07/31/2002 | 2 | SUMMONS(ES) (20 days) issued for Ritz Cabaret, Francis Lee (elt, Deputy Clerk) (Entered: 07/31/2002) |
| 08/19/2002 | 3 | AMENDED COMPLAINT by Ron Hunt, (Answer due 8/29/02 for Francis Lee ) amending [1-1] complaint against Tracey's, Inc. (c/s) |

| | | |
|---|---|---|
| | | (jlb, Deputy Clerk) (Entered: 08/20/2002) |
| 08/30/2002 | 4 | CORRESPONDENCE by Henry Caldarazzo RE: Answer to Complaint. (c/s) (jlb, Deputy Clerk) (Entered: 08/30/2002) |
| 10/29/2002 | 5 | MOTION by Ron Hunt for Enlargement of Time to Serve Defendant Francis Lee and Attachments. (c/s) (jlb, Deputy Clerk) (Entered: 10/30/2002) |
| 10/29/2002 | 6 | SUMMONS(ES) (20 Days) issued for Tracey's, Inc. (jlb, Deputy Clerk) Modified on 10/30/2002 (Entered: 10/30/2002) |
| 10/31/2002 | 7 | ORDER GRANTING [5-1] motion of Plaintiff for Enlargement of Time to Serve Defendant Francis Lee to 120 Days. ( signed by Judge Benson E. Legg 10/31/02 ) (c/i 10/31/02) (jlb, Deputy Clerk) (Entered: 10/31/2002) |
| 02/06/2003 | 8 | RETURN OF SERVICE executed as to Tracey's, Inc. 1/6/03 Answer due on 1/27/03 for Tracey's, Inc. (jlb, Deputy Clerk) (Entered: 02/11/2003) |
| 03/25/2003 | 9 | Correspondence sent to parties RE: Reassignment of Case (jlb, Deputy Clerk) (Entered: 03/25/2003) |
| 03/26/2003 | 10 | ORDER DIRECTING Plaintiff show good cause within 14 days of the date of this Order why the complaint should not be dismissed as to Francis Lee without prejudice. Signed by Judge William D. Quarles on 03/26/03. (c/m 3/26/03-rl)(jlb, Deputy Clerk) Modified on 3/26/2003 (jlb, Deputy Clerk). (Entered: 03/26/2003) |
| 03/26/2003 | 11 | ORDER DIRECTING Plaintiff file and serve by mail on Tracey's Inc. a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 30 days of this Order Signed by Judge William D. Quarles on 03/26/03. (c/m 3/26/03-rl)(jlb, Deputy Clerk) (Entered: 03/26/2003) |
| 04/01/2003 | | Case Reassigned to Judge William D Quarles. Judge Benson E Legg no longer assigned to the case. (cag, Deputy Clerk) (Entered: 04/09/2003) |
| 04/08/2003 | 12 | MOTION for Default Judgment as to *Plaintiff's Complaint* by Ron Hunt. Responses due by 4/25/2003 (Attachments: # 1 Exhibit A1 - Affidavit of Kayla Hall# 2 Exhibit A2 - Receipt of Service from Legal Documents Express Couriers# 3 Exhibit A3 - Notice of Summons# 4 Exhibit B - Baltimore Sun Article Titled "Businessman Claims Discrimination in Lawsuit Over Fells Point Nightclub" dated |

| | | |
|---|---|---|
| | | August 1, 2002)(Bell, Jimmy) (Entered: 04/08/2003) |
| 04/09/2003 | 13 | RESPONSE re 10 Order, *To Show Cause* filed by Ron Hunt. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B)(Bell, Jimmy) (Entered: 04/09/2003) |
| 04/10/2003 | 14 | ORDER DIRECTING Plaintiff shall have 90 days from the date of this order to properly effect service on Defendant Francis Lee and Plaintiff has leave of court to issue subpoenas for the purpose of compelling information for the purpose of locating Defendant Francis Lee for the purpose of effective service. Signed by Judge William D Quarles on 04/10/03. (jlb, Deputy Clerk) (Entered: 04/10/2003) |
| 04/23/2003 | 15 | MOTION to Withdraw *Request for Default Judgment* by Ron Hunt. Responses due by 5/12/2003 (Bell, Jimmy) (Entered: 04/23/2003) |
| 04/24/2003 | 16 | Summons Issued (20 days) as to Francis Lee. (Attachments: # 1 copy of order)(elt, Deputy Clerk) (Entered: 04/24/2003) |
| 04/30/2003 | 17 | MARGINAL ORDER granting 15 Motion of Plaintiff to Withdraw his 12 MOTION for Default Judgment. Signed by Judge William D Quarles on 04/29/03. (jlb, Deputy Clerk) (Entered: 04/30/2003) |
| 05/10/2003 | 18 | SUMMONS Returned Executed by Ron Hunt. Francis Lee served on 5/6/2003, answer due 5/27/2003. (Bell, Jimmy) (Entered: 05/10/2003) |
| 05/19/2003 | 19 | Local Rule 103.3 Certification by Francis Lee. (c/s jlb, Deputy Clerk) (Entered: 05/19/2003) |
| 05/19/2003 | 20 | MOTION to Dismiss Amended Complaint; Memorandum and Attachment by Francis Lee. Responses due by 6/5/2003 (c/s jlb, Deputy Clerk) (Entered: 05/19/2003) |
| 05/19/2003 | 21 | Correspondence from Clerk RE: CM/ECF Warning Letter (jlb, Deputy Clerk) (Entered: 05/19/2003) |
| 06/05/2003 | 22 | NOTICE of Appearance by Charles G Bernstein on behalf of Francis Lee (jlb, Deputy Clerk) (Entered: 06/05/2003) |
| 06/05/2003 | 23 | Correspondence from Clerk re: CM/ECF Warning Letter.. (jlb, Deputy Clerk) (Entered: 06/05/2003) |
| 06/05/2003 | 24 | RESPONSE in Opposition re [20] MOTION to Dismiss *Amended Complaint* filed by Ron Hunt. Replies due by 6/19/2003. (Attachments: # 1 Exhibit A-Hunt Affidavit# 2 Exhibit B-Fuoco Affidavit# 3 Exhibit C-Mattson Affidavit)(Bell, Jimmy) (Entered: 06/05/2003) |

| | | |
|---|---|---|
| 06/13/2003 | 25 | Consent MOTION to Amend/Correct 24 Response in Opposition to Motion *to Dismiss Amended Complaint* by Ron Hunt. Responses due by 6/30/2003 (Attachments: # 1 Exhibit A-Plaintiff's Amended Opposition to Defendants' Motion to Dismiss Amended Complaint)(Bell, Jimmy) (Entered: 06/13/2003) |
| 06/16/2003 | 26 | PAPERLESS ORDER granting 25Consent Motion to Amend/Correct Plaintiff's Opposition to Defendants' Motion to Dismiss Amended Complaint.. Signed by Judge William D Quarles Jr. on June 16, 2003. (Quarles, William) (Entered: 06/16/2003) |
| 06/19/2003 | 27 | RESPONSE in Opposition re [20] MOTION to Dismiss *Amended Complaint* filed by Ron Hunt. Replies due by 7/3/2003. (Attachments: # 1 Exhibit A-Affidavit of Ron Hunt# 2 Exhibit B-Contract of Sale# 3 Exhibit C-Agreement of Sale of Assets# 4 Exhibit D-Final Forfeiture Order# 5 Exhibit E-Letter from Attorney Jimmy A. Bell to Joerg Eichelberger dated April 4, 2002# 6 Exhibit F-Letter from Joerg Eichelberger to Attorney Jimmy A. Bell dated April 5, 2002# 7 Exhibit G-Letter from Attorney Jimmy A. Bell to Joerg Eichelberger dated May 22, 2002# 8 Exhibit H-Letter from Joerg Eichelberger to Attorney Jimmy A. Bell dated May 28, 2002# 9 Exhibit I-Letter from Attorney Jimmy A. Bell to Joerg Eichelberger dated June 7, 2002# 10 Exhibit J-Letter from Joerg Eichelberger to Attorney Jimmy A. Bell dated June 8, 2002# 11 Exhibit K-Letter from Attorney Jimmy A. Bell to Joerg Eichelberger dated June 13, 2002# 12 Exhibit L-Letter from Joerg Eichelberger to Attorney Jimmy A. Bell dated June 15, 2002# 13 Exhibit M-Affidavit of Nicole Fuoco# 14 Exhibit N-Affidavit of Megan Mattson)(Bell, Jimmy) (Entered: 06/19/2003) |
| 06/23/2003 | 28 | MOTION to Strike *Appearance* by Francis Lee, Tracey's, Inc.. Responses due by 7/10/2003 (Bernstein, Charles) (Entered: 06/23/2003) |
| 06/23/2003 | 29 | PAPERLESS ORDER granting 28 Motion to Strike appearance of Charles G. Bernstein as counsel for defendants.. Signed by Judge William D Quarles Jr. on June 23, 2003. (Quarles, William) (Entered: 06/23/2003) |
| 07/03/2003 | 30 | NOTICE of Appearance by David F Albright Jr on behalf of Francis Lee (Albright, David) (Entered: 07/03/2003) |
| 07/03/2003 | 31 | MOTION for Extension of Time to File Response/Reply as to 27 Response in Opposition to Motion,,,, by Francis Lee. Responses due by 7/21/2003 (Albright, David) (Entered: 07/03/2003) |
| 07/17/2003 | 32 | RESPONSE re 24 Response in Opposition to Motion *Reply to Plaintiff's Amended Opposition to Defendant's Motion to Dismiss the* |

District of Maryland (CM/ECF Live) - Docket Report                                Page 6 of 7

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | *Amended Complaint* filed by Francis Lee. (Albright, David) (Entered: 07/17/2003)                                                                                                                                                                                                                                                                                                                                                                                                          |
| 07/17/2003 | 33 | NOTICE by Francis Lee *Line attaching Government* (Albright, David) (Entered: 07/17/2003)                                                                                                                                                                                                                                                                                                                                                                                                  |
| 07/17/2003 | 34 | Memorandum re [20] MOTION to Dismiss *Declaration of Linda Buck* filed by Francis Lee. (Albright, David) (Entered: 07/17/2003)                                                                                                                                                                                                                                                                                                                                                             |
| 07/21/2003 | 35 | MEMORANDUM OPINION. Signed by Judge William D Quarles Jr. on 07/21/03. (jlb, Deputy Clerk) (Entered: 07/21/2003)                                                                                                                                                                                                                                                                                                                                                                           |
| 07/21/2003 | 36 | ORDER DENYING WITHOUT PREJUDICE [20] Motion of Francis Lee to Dismiss, DIRECTING the Parties are to conclude discovery on the issue of Lee's capacity or agency to contract by 9/19/03 and to file dispositive motions by 10/17/03. Signed by Judge William D Quarles Jr. on 07/21/03. (jlb, Deputy Clerk) (Entered: 07/21/2003)                                                                                                                                                            |
| 07/30/2003 | 37 | ANSWER to Amended Complaint by Francis Lee.(Albright, David) (Entered: 07/30/2003)                                                                                                                                                                                                                                                                                                                                                                                                         |
| 08/26/2003 | 38 | MEMORANDUM IN SUPPORT OF MOTION to Take Deposition from Defendant Francis Lee by Ron Hunt. Responses due by 9/12/2003 (Attachments: # 1 Exhibit A-Letter from Eichelberger to Bell dated April 5, 2002# 2 Exhibit B-Letter from Eichelberger to Bell dated May 28, 2002# 3 Exhibit C-Letter from Bell to Eichelberger dated April 4, 2002# 4 Exhibit D-Letter from Bell to Eichelberger dated May 22, 2002# 5 Exhibit E-Letter from Bell to Eichelberger dated June 7, 2002# 6 Exhibit F-Letter from Eichelberger to Bell dated June 8, 2002)(Bell, Jimmy) Modified on 8/26/2003 (jlb, Deputy Clerk). (Entered: 08/26/2003) |
| 08/26/2003 | 39 | MOTION for Extension of Time to Complete Discovery by Ron Hunt. Responses due by 9/12/2003 (Bell, Jimmy) (Entered: 08/26/2003)                                                                                                                                                                                                                                                                                                                                                             |
| 08/26/2003 | 40 | MOTION to Take Deposition from Defendant Francis Lee *(refer to Memorandum in Docket Entry No. 38)* by Ron Hunt. Responses due by 9/12/2003 (Bell, Jimmy) (Entered: 08/26/2003)                                                                                                                                                                                                                                                                                                            |
| 09/09/2003 | 41 | Memorandum re 40 MOTION to Take Deposition from Defendant Francis Lee *(refer to Memorandum in Docket Entry No. 38) Memorandum in Opposition to Plaintiff's Motion for Leave of Court to Depose Defendant* filed by Francis Lee. (Attachments: # 1 Affidavit Martin Clarke)(Albright, David) Modified on 9/10/2003 (jlb, Deputy Clerk). (FILED IN ERROR - SEE PLEADING #42) (Entered: 09/09/2003)                                                                                           |
|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |