Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike ~ Upper Marlboro, MD 20772
Phone (301) 599-7620 ~ Fax (301) 599-7623
Website: www.jimbellesq.com
Email: jimbellesq@aol.com

September 26, 2003

Lisa Little, Case Manager
FCI Morgantown
Post Office Box 1000
Morgantown, West Virginia 26507-1000

      Re:    <u>Hunt v. Tracey's, Inc.</u>; U.S. Dist. Ct. Case No. 1:02-cv-02523-WDQ

Dear Ms. Little:

    Please be advised that The Law Office of Jimmy A. Bell, P.C. represents Ron Hunt in a civil case in the United States District Court, in Baltimore, Maryland. The Honorable William D. Quarles, Jr. has issued a court order in this case allowing our office to depose your Inmate Number 34633-037, Francis Lee, a key witness in this case. A copy of the docket sheet reflecting the order is attached. The sheet also references the case name, the names of the parties and the attorneys and other transactions in the case.

    We seek to depose Mr. Lee on Tuesday, October 14, 2003, at 11:00 a.m. Attached, please find a copy of the notice of deposition.

    Attending the deposition will be counsel for Mr. Lee, my Associate, Jeffrey Lawson, Ms. Monique Christianson, a court reporter from Streski Reporting & Video Service, in Morgantown and myself. Mr. Lee will be represented by either Brenda Grantland, Esquire or David F. Albright, Jr., Esquire. At present, I am not certain as to which of Mr. Lee's attorneys will appear at the deposition, but I will notify you, immediately, upon my acquisition of this information.

    For the limited purpose of aiding in your background investigation process, I provide the following information about the persons who will attend the deposition:

| Name of Person | Social Security No. | Business Address | Telephone No. |
|---|---|---|---|
| Jimmy A. Bell, Esquire Counsel for Plaintiff | 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 | 9610 Marlboro Pike Upper Marlboro, MD 20772 | 301-599-7620 |
| Jeffrey Lawson Associate | 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 | 9610 Marlboro Pike Upper Marlboro, MD 20772 | 301-599-7620 |
| Monique Christianson Court Reporter | 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 | 7000 Hampton Center Suite E | 304-598-9292 |

|  |  | Morgantown, WV 26505-1720 |  |
|---|---|---|---|
| Brenda Grantland, Esq. Counsel for Mr. Lee |  | 265 Miller Avenue Mill Valley, CA 94941 | 415-380-9108 |
| David F. Albright, Jr., Esq. Counsel for Mr. Lee |  | 200 Court Square Bldg. Lexington & Calvert Sts. Baltimore, MD 21202 | 410-727-2168 |

As time is of the essence, we look forward to hearing from you, shortly. Thank you for your attention and courtesies.

Sincerely,

Jimmy A. Bell, Esq.

Enclosures