IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RON HUNT** | : |
| | : Civil Action No: L02-CV-252 |
| Plaintiff, | : (WDQ) |
| | : |
| v. | : |
| | : |
| **TRACEY'S INC. t/a** | : |
| **RITZ CABARET, et al.** | : |
| | : |
| Defendants. | : |

### NOTICE OF ORAL DEPOSITION OF DEFENDANT FRANCIS LEE

PLEASE TAKE NOTICE that the Plaintiff Ron Hunt, by and through counsel Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., will take oral depositions of Francis Lee on the date and time indicated below at the Federal Correctional Institution in Morgantown, 446 Greenbag Road, Morgantown, West Virginia 26507, pursuant to Order of the Honorable William D. Quarles, Jr. of the United States District Court for the District of Maryland, Northern Division, (Exh. A), and Federal Rule of Civil Procedure 30, for the purpose of discovery, evidence or both, before a Notary Public or a duly qualified officer who is authorized to administer and oath in due form of law.

Defendant Lee is hereby notified to personally appear and attend at the time and place specified for the purpose of having his/her deposition taken in accordance with the foregoing Notice.

| **DAY** | **DATE** | **TIME** |
|---|---|---|
| Friday | October 17, 2003 | 1:00 p.m. (Eastern Standard Time) |

        Respectfully submitted,

        Law Office of Jimmy A. Bell, P.C.
        9610 Marlboro Pike
        Upper Marlboro, MD 20772
        (301)599-7620
        (301)599-7623(fax)
        Counsel for Plaintiff
        Bar # MD 14639

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Oral Depositions was mailed, postage prepaid this 14th day of October 2003, to:

David F. Albright, Jr., Esquire
Bennett and Albright, PA
200 Court Square Building
Lexington & Calvert Streets
Baltimore, Maryland 21202

and

Brenda Grantland, Esquire
265 Miller Avenue
Mill Valley, California 94941

        _____
        Jimmy A. Bell, Esq.