# Brenda Grantland
Attorney at Law
265 Miller Avenue
Mill Valley, CA 94941
(415) 380-9108
fax (415) 381-6105

October 21, 2003

Jimmy Bell
9610 Marlboro Pike
Upper Marlboro MD 20772

Dear Mr. Bell:

I absolutely will not schedule Lee's deposition at 4:30 a.m. my time, as I told your associate. My client and I – and the prison – have already wasted an hour last week waiting for you to appear for the deposition which you scheduled. I called the prison several times that morning, and was told everybody was sitting waiting on you to appear, and no one had heard from you. Mr. Shuman said that it was possible that you had called Ms. Little's voice mail, but she was out of the office and there was no way they could check her voice mail until she returned on Monday. I then checked my voice mail and discovered that Jeffrey Lawson had left me a voice mail message at 6:30 a.m. my time (9:30 yours) stating that you, Mr. Bell, were sick and would not be attending the deposition. I have warned Jeffrey Lawson before that if he ever needed to reach me by phone, he should call during my business hours, when my secretary is here, because I don't check my voice mail very often. Given the general frivolity of your lawsuit and the way you have conducted it, I assume that you did this on purpose.

Although you claim to have been sick last Friday, I have suspicions. I checked on Mapquest and found out that the drive from Upper Marlboro to Morgantown, West Virginia takes at least 3.5 hours. If you had left at the time Jeffrey left the message for me, you would have arrived at the prison *after* the time the deposition was scheduled to commence. It takes a half hour or more to process people through the prison security system. Also, your court reporter didn't show up either.

The prison went through some expense to accommodate this deposition. They told me that they had installed a phone line just so I could appear by phone. By the way, if I had flown to West Virginia, just to have the deposition aborted, my expenses including attorneys fees for travel time, would have been over $6,000. Needless to say, I won't bear the expense of flying to West Virginia for your deposition.

I spoke to Ms. Little today, and she said that as far as she knew, you did not leave her a message canceling the deposition last Friday. She also said it is not necessary to do the deposition at 4:30 a.m. my time – she was just trying to accommodate both parties. She did not know whether or not they would be willing to reinstall the phone line, and said she will get back to me. I have not heard back from her. By the way, Ms. Little is not my client's case manager.

Under Federal Rule 30(g), failure to attend a deposition by the party noticing the deposition makes that party liable for expenses, including attorney's fees.

I have prepared a motion which I e-mailed to Mr. Albright for filing. You'll probably get it tomorrow.

Sincerely,

*Brenda Grantland*

Brenda Grantland