# Brenda Grantland

Attorney at Law
265 Miller Avenue
Mill Valley, CA 94941
(415) 380-9108
fax (415) 381-6105

October 24, 2003

Jimmy Bell
9610 Marlboro Pike
Upper Marlboro MD 20772

Dear Mr. Bell:

My secretary said that your secretary called today wanting to talk to me about available dates for Lee's deposition. I guess that means that you had intended to have this deposition you noted for Monday without allowing me to be present by phone. I'm sick of your games.

As my secretary told your secretary today, I will no longer communicate with your office by phone. You have never deigned to come to the phone to talk to me, and when I tell things to your staff, you claim in your letters that I said something other than what I said. A fax makes a nice record of what happened which I can give the judge later if necessary.

If this deposition cannot be held by phone on Monday, October 27, during my business hours, then it will have to be held after November 7. This Rule 10(e) hearing I have on October 29 could last several days, and the brief is due November 7 in that same case. Because the issues in the brief depend on the outcome of the hearing, I can't finish the brief before the hearing, and will not have time for anything but writing that brief once the hearing is completed.

Very reluctantly, I will consent to extending the discovery deadline to November 21, and the motions deadline to December 20 provided: (1) the deposition of Francis Lee will be held with me appearing by phone, during my business hours (9-5 Pacific time, 12-8 p.m. Eastern), between November 8 and 21 (but not November 12); and (2) if the prison will not install the phone line again without being reimbursed for their costs, you will pay those costs. This is the last time I will agree to extend deadlines to accommodate you.

Also, please remember that discovery was limited by the judge's order denying without prejudice our motion to dismiss. As the docket entry states:

> 07/21/2003 36 ORDER DENYING WITHOUT PREJUDICE [20] Motion of
> Francis Lee to Dismiss, DIRECTING the Parties are to **conclude discovery on**

1

the issue of Lee's capacity or agency to contract by 9/19/03 and to file dispositive motions by 10/17/03. Signed by Judge William D Quarles Jr. on 07/21/03. (jlb, Deputy Clerk) (Entered: 07/21/2003)

If you try to use this deposition of Francis Lee for some other purpose, I will object.

Sincerely,

Brenda Grantland

Brenda Grantland

2