IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

RON HUNT,

        Plaintiff,       )    Civil Action No: WDQ-02-CV-2523

v.

TRACEY'S INC.          )
t/a RITZ CABARET, et al.,  )
                                )
        Defendants.  )
                                )

*[Handwritten annotation: GRANTED Discovery Deadline extended to Dec 3, 2003. 10/28/03]*

### PLAINTIFF'S MOTION TO ENLARGE DISCOVERY BY THIRTY DAYS

COMES NOW Plaintiff, Ron Hunt, by and through counsel, Jimmy A. Bell, Esq. and The Law Office of Jimmy A. Bell, P.C., pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 105.9, to respectfully present this Motion to Enlarge Discovery by Thirty Days. Plaintiff's arguments are more fully set forth in the accompanying Memorandum of Points and Authorities, hereby incorporated by reference

                                        Respectfully submitted,

                                        _____
                                        Jimmy A. Bell, Esq.
                                        Law Office of Jimmy A. Bell, P.C.
                                        9610 Marlboro Pike
                                        Upper Marlboro, MD 20772
                                        (301) 599-7620
                                        (301) 599-7623 (Fax)
                                        Bar No. MD 14639
                                        Counsel for the Plaintiff

Dated: October 18, 2003

