FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 OCT 28 A 9:50

BALTIMORE
_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RON HUNT | ) |
| Plaintiff, | ) |
| v. | ) Case No. 02-CV-2523 |
| TRACEY'S INC., t/a/ RITZ CABARET | ) |
| and | ) |
| FRANCIS LEE | ) |
| Defendant. | ) |

*Defendant's Request for Costs Denied without prejudice.* [handwritten] 10/28/03

## DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO EXTEND DISCOVERY TO SET A SECOND DEPOSITION DATE FOR FRANCIS LEE, AND DEFENDANT'S REQUEST FOR COSTS UNDER RULE 30(g)

Defendant, Francis Lee, through undersigned counsel, hereby opposes the Plaintiff's motion to extend discovery, as well as his request for a second chance to depose Francis Lee. As grounds for this motion defendant states the following:

Over defendant's opposition, the Court granted the plaintiff's motion for leave to depose Francis Lee in prison. The deposition was set for October 7, 2003 at 1:00 p.m. The Federal Correctional Institution at Morgantown, West Virginia, where Lee is incarcerated, had made arrangements for defendant's counsel to appear by telephone, since she is located in California and the travel costs would be astronomical.

Defendant and his counsel were ready and waiting for the deposition at the appointed time. Defense counsel, who is located in California, had made arrangements with the prison to appear by