IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____
:
**RON HUNT**                       :
                                   :    Civil Action No: L02-CV-2523
    Plaintiff,             :    (WDQ)
                                   :
v.                                 :
                                   :
**RITZ CABARET, et al.**           :
                                   :
    Defendants.            :
_____:

## JOINT STATUS REPORT

COMES NOW Plaintiff Ron Hunt, by and through counsel Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and Defendants Ritz Cabaret, et al., by and through counsel Brenda Grantland, Esq. and David Albright, Esq. and, per the Court's Order of December 19, 2003, respectfully submit the following Joint Status Report:

Counsel for the Plaintiff took the deposition of Defendant Francis Lee at the Federal Correctional Institution in Morgantown, West Virginia on November 19, 2003. During the deposition of Francis Lee, Mr. Lee admitted that he was an agent of the Federal Government, and also admitted that he authorized the sale of the Ritz Cabaret to a non-African American. Mr. Lee further stated that Joerg Eichelberger possesses additional information concerning the particular federal official who gave Defendant Lee authorization to sell the Ritz Cabaret. Plaintiff would therefore request that he be given the opportunity to take a telephonic deposition of Mr. Eichelberger related to this matter.

Defendants object to any further depositions. Additionally, Defendants intend to file a motion for summary judgment.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)
Counsel for Plaintiff
Bar No. 14639

_____
Brenda Grantland, Esq.
265 Miller Avenue
Mill Valley, CA 94941
(415) 380-9108
(415) 381-6105 (Fax)
Counsel for Defendants

_____
David Albright, Esq.
Bennett & Albright
200 E. Lexington St., Suite 200
Baltimore, MD 21202
(410) 727-2168
(410) 547-8621 (Fax)
Counsel for Defendants
Bar No. 02234