**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

RON HUNT                                    *

     Plaintiff                         *

                         Civil Action

   v.                                       *

                         No. 02-CV-2523

TRACEY'S INC., t/a/ RITZ CABARET,   *
 et al.

                        *

     Defendants

     *    *    *    *    *********    *    *    *    *

**DEFENDANT FRANCES LEE'S CORRECTION**
**TO ALLEGED JOINT STATUS REPORT**

     Defendant Frances Lee, by his undersigned counsel, hereby corrects the alleged Joint Status Report electronically filed by Plaintiff and states:

     1. That the alleged Joint Status Report was filed without authority of Defendant's counsel;

     2. That the alleged Joint Status Report misstates the alleged deposition testimony of Defendant Frances Lee; and

     3. That Defendant Frances Lee reserved the right to read and sign the transcript, and a transcript has not been prepared as of this date.

                        Respectfully submitted

                        /S/_____
                        DAVID F. ALBRIGHT, JR.
                        Bar #02234
                        Local counsel
                        Bennett & Albright, P.A.
                        200 E. Lexington St., Suite 200
                        Baltimore, MD 21202
                        (410) 727-2168
                        Attorneys for Defendant Lee

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by electronic file transfer upon Jimmy A. Bell, Law Office of Jimmy A. Bell, P.C., 9610 Marlboro Pike, Upper Marlboro, MD 20772, this _____ day of January, 2004.

/S/_____
DAVID F. ALBRIGHT, JR.