Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike ~ Upper Marlboro, MD 20772
Phone (301) 599-7620 ~ Fax (301) 599-7623
Website: www.jimbellesq.com
Email: jimbellesq@aol.com

January 5, 2003

**Via Facsimile and Regular Mail**
David F. Albright, Jr., Esq.
Bennett & Albright PA
200 Court Square Bldg.
Lexington and Calvert Sts
Baltimore, MD 21202

Re:    Hunt v. Ritz Cabaret, et al.

Dear Mr. Albright:

This letter serves to memorialize our conversation today, January 5, 2003, in which you stated that you wished to file a joint status report, and that you only wished to add two sentences to the Plaintiff's proposed status report. Specifically, you stated that you wished to add the following two sentences: "Defendants object to any further depositions. Defendants intend to file a motion for summary judgment." Upon the addition of these sentences, you authorized Plaintiff to file the joint status report with the court.

Sincerely,

Jimmy A. Bell, Esq.

cc:    Brenda Grantland, Esq.