## AFFIDAVIT OF JANELLE N. RICHARDS

I, Janelle N. Richards of 19112 Highstream Drive, Germantown, MD 20874, being duly sworn, state the following concerning my knowledge of the conversations and events immediately preceding the filing of the Joint Status Report in the case of <u>Hunt v. Ritz Cabaret, et al.</u>

I am a 2001 graduate of Princeton University. At present, I am a third year day student at Georgetown University Law Center with an expected graduation date of May, 2004. Currently, I am employed as a law clerk at The Law Office of Jimmy A. Bell, P.C. On the morning of Monday, January 5, 2004, Attorney Jimmy A. Bell received a letter from Attorney David Albright requesting that Attorney Bell send him a proposed status report on behalf of the Plaintiff in the case of <u>Hunt v. Ritz Cabaret, et al.</u> I assisted Attorney Bell in the drafting of the proposed status report. Upon composing the proposed status report, and per the instructions of Attorney Bell, I telephoned Attorney Albright to inform him that I would be faxing him the Plaintiff's proposed status report. Attorney Albright requested that I also fax a copy to Attorney Brenda Grantland, and the conversation was concluded.

Several minutes later, I called Attorney Albright a second time because Attorney Bell wished to inquire about the fact that Attorney Albright had not sent a copy of the Defendant's proposed status report to Attorney Bell. I was not privy to the initial discussion which ensued, but Attorney Bell subsequently called me into his office. Attorney Bell then informed Attorney Albright that he was putting him on speakerphone and that I was going to listen in on the conversation as I was assisting him in the drafting of the status report and would make any necessary changes and electronically file the final document. Attorney Albright did not object to my presence. Attorney Albright then stated that he would like Plaintiff's proposed status report to be a joint status report on behalf of both the Plaintiff and the Defendant. Attorney Albright further stated that he only wished to add the following two sentences to Plaintiff's proposed status report: "Defendants object to any further depositions. Defendants intend to file a motion for summary judgment." Moreover, Attorney Albright authorized Attorney Bell to file the document as a joint status report after these two sentences had been added.

At not time during this conversation did Attorney Albright express any wish to amend the statements in the Plaintiff's proposed status report pertaining to the deposition testimony of Defendant Francis Lee, or to make any other amendments or additions to the proposed status report. Upon adding the two sentences requested by Attorney Albright, and per the authorization of Attorney Albright and the instruction of Attorney Bell, I electronically filed a joint status report on behalf of the Plaintiff and the Defendant in the case of <u>Hunt v. Ritz Cabaret, et al.</u> on the evening of Monday, January 5, 2004.

Under the penalty of perjury, I certify that the above statements are true.

*/s/ Janelle N. Richards*
Janelle N. Richards