Law Office of Jimmy A. Bell, PC
Counselor and Attorney at Law
9610 Marlboro Pike, Upper Marlboro, Maryland 20772
Phone: (301) 599-7620 Fax: (301) 599-7623
E-mail: jimbellesq@aol.com
Website: www.jimbellesq.com

January 6, 2004

**VIA FACSIMILE AND FIRST CLASS MAIL**

David F. Albright, Jr., Esq.
Bennett & Albright PA
200 Court Square Bldg.
Lexington and Calvert Streets
Baltimore, MD 21202

(410) 547-8621

    Re:  Hunt v. Ritz Cabaret, et. al

Dear Mr. Albright:

With great moral outrage, I write you this letter, memorializing our conversation from this afternoon and once again admonishing you to withdraw your senseless mischaracterizations of our counsel to counsel communications.

While on the telephone with you today, I informed you that your objects to the joint status report were simply untrue. I informed you that if you continued on your slanderous path, then I would call for an evidentiary hearing on the question. You responded by saying, "I can do whatever I want to do."

Despite what you say in your Objection to Joint Status Report, my law clerk and I clerkly recall what happened yesterday. On yesterday, you stated that you wished to file a joint status report, it appearing that Plaintiff's own report was ready for submission and that Defendant did not have a report ready for submission. You stated that Plaintiff's draft report was unobjectionable so long as Defendants could add two caveats—that "Defendants objects to any further discovery" and that "Defendants intend to file a motion for summary judgment." I agreed to accommodate you, and I filed the Joint Status Report with your amendments.

1

Thinking that all parties had just filed an effective and agreeable report, I was very shocked and outraged to read your Objection to Joint Status Report. As you were not even present for the deposition, you cannot shed any light on what happened there. Yet you boldly state that Plaintiff's report incorrectly summarizes Mr. Lee's deposition testimony and that Mr. Lee, despite his request to do so, has not had the opportunity to review the original deposition transcript. Your Objection to the Joint Status Report was the most unprofessional and unethical document I have read in my life because it was a blatant lie.

You should know that the United States District Court for the District of Maryland expects all counsel to conduct themselves in a professional and courteous manner in connection with all matters pending before the Court. See L.R. 606. Additionally, Rule 3.3 of the Maryland Rules of Professional Conduct—which Maryland federal courts have adopted in governing the behavior of attorneys practicing before it—clearly states in relevant part that a lawyer shall not:

> (1) make a false statement of material fact or law to a tribunal; or
>
> (2) offer evidence that the lawyer knows to be false. If a lawyer has offered material evidence and comes to know of its falsity, the lawyer shall take reasonable remedial measures.

Having been reminded of your professional responsibilities under the Rules, you should really reconsider your course of action. I take very seriously matters such as these in which a fellow attorney perpetrates a fraud against the Court. I am putting you on notice that I will not hesitate to pursue all legal avenues available against you and your law firm for the fraud you perpetrated against this Court. I am confident that the Court will also take seriously your unsupported slanderous assertions.

Sincerely,

Jimmy A. Bell, Esq.