```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

RON HUNT                                  *

      Plaintiff                     *
                                          Civil Action
   v.                                      *
                                          No. 02-CV-2523
TRACEY'S INC., t/a/ RITZ CABARET,         *
 et al.
                                     *

      Defendants

       *   *   *   *   ********   *   *   *   *

## AMENDED JOINT STATUS REPORT

    COMES NOW Plaintiff, Ron Hunt, by and through counsel, Jimmy A. Bell, Esquire and the Law Offices of Jimmy A. Bell, P.C., and Defendant, Frances Lee, by and through counsel, Brenda Grantland, Esquire and David F. Albright, Jr., Esquire, and per this Honorable Court's Order of December 19, 2003, respectfully submit the following Amended Joint Status Report:

    This Amended Joint Status Report supercedes the Joint Status Report and Defendant Frances Lee's Correction to Alleged Joint Status Report previously filed, which the parties mutually agree are hereby withdrawn.

    Counsel for the Plaintiff took the deposition of Defendant Frances Lee at the Federal Correctional Institution in Morgantown, West Virginia, on November 19, 2003. Plaintiff states that during the deposition of Frances Lee, Mr. Lee admitted that he was an agent of the Federal Government, and Plaintiff also states that he admitted that he authorized the sale of the Ritz Cabaret to a non-African American. Plaintiff states that Mr.

Lee further stated that Joerg Eichelberger possesses additional information concerning the particular federal official who gave Defendant Lee authorization to sell the Ritz Cabaret. Plaintiff would therefore request that he be given the opportunity to take a telephonic deposition of Mr. Eichelberger related to this matter.

Defendant objects to the Plaintiff's characterization of Mr. Lee's deposition and also objects to any further depositions. Additionally, Defendant intends to file a Motion for Summary Judgment.

        Respectfully submitted

        /S/
        Jimmy A. Bell
        Bar No.: 14639
        Law Offices of Jimmy A. Bell, PC
        9610 Marlboro Pike
        Upper Marlboro, MD 20772
        (301) 599-7620
        Counsel for Plaintiff

        /S/
        Brenda Grantland
        265 Miller Avenue
        Mill Valley, CA 94941
        (415) 380-9108

            And

        /S/
        DAVID F. ALBRIGHT, JR.
        Bar #02234
        Local counsel
        Bennett & Albright, P.A.
        200 E. Lexington St., Suite 200
        Baltimore, MD 21202
        (410) 727-2168
        Counsel for Defendants

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was served by electronic file transfer upon Jimmy A. Bell, Law Office of Jimmy A. Bell, P.C., 9610 Marlboro Pike, Upper Marlboro, MD 20772, this _____day of January, 2004.

                /S/_____
                DAVID F. ALBRIGHT, JR.