IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RON HUNT ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 02-CV-2523 |
| v. ) | |
| ) | |
| TRACEY'S INC., t/a/ RITZ CABARET ) | |
| ) | |
| and ) | |
| ) | |
| FRANCIS LEE ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Francis Lee, through undersigned counsel, hereby moves for summary jugment, pursuant to F.R.Civ.P. Rule 56.

As grounds for this motion defendant submits the Memorandum of Points and Authorities filed herewith and Declarations.

                                        Respectfully submitted,

                                        /S/_____
                                        BRENDA GRANTLAND
                                        265 Miller Avenue
                                        Mill Valley, CA  94941
                                        (415) 380-9108
                                        (415) 381-6105

/S/_____
DAVID ALBRIGHT
Bennett & Albright
200 East Lexington St.
Suite 200
Baltimore, MD 21202
410-727-2168

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by electronic file transfer upon Jimmy A. Bell, Law Office of Jimmy A. Bell, P.C., 9610 Marlboro Pike, Upper Marlboro, MD 20772, this _____ day of March, 2004.


/S/_____
DAVID ALBRIGHT