IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 APR 10  A 10: 22

UNITED STATES OF AMERICA  :

v.  :  CRIMINAL NO. S-01-0232

FRANCIS LEE, a/k/a Le Tuyen Dinh  :

AT BALTIMORE
_____ DEPUTY

....oOo....

## PRELIMINARY FORFEITURE ORDER

The defendant, FRANCIS LEE, a/k/a Le Tuyen Dinh, having entered a plea of guilty to conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h), and having agreed to forfeit to the Attorney General all of his rights, title, and interest in the properties listed below, which he has agreed were involved in the offense to which he entered a guilty plea, it is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

A.    that the following properties are FORFEITED to the United States pursuant to 18 U.S.C. § 982(a)(1) and Fed.R.Crim.P. 32.2(b)(2)

1. The contents of Harbor Bank of Maryland Account #1100044674, in the name of Tracy's, Inc., between July 8, 1999 and August 12, 1999.

2. The contents of Harbor Bank of Maryland, Account #1100045358, in the name of Tracy's, Inc. Payroll Account, between August 12, 1999 and October 7, 1999.

3. The contents of Crestar Bank, Baltimore, Maryland, Account #295079983, in the name of Ritz Cabaret, Inc., between October 30, 2000 and November 6, 2000.

4. Real property and improvements thereon at 504 S. Broadway, Baltimore City, Maryland, known as Ritz Cabaret.

5. Alcoholic Beverage License Number 16084 in the name of Tracy's, Inc. t/a Ritz Cabaret, 504 S. Broadway, Baltimore City, Maryland.

6. Adult Entertainment License in the name of Tracy's, Inc. t/a Ritz Cabaret, 504 S. Broadway, Baltimore, Maryland.

B.    that in accordance with Fed. R. Crim. P. 32.2(b)(3) this Order shall be final as to the defendant's rights, title and interest in properties 4, 5 and 6 listed above.

Ex A

C.  that the United States Attorney General or his authorized designee shall seize and dispose of the properties specified in paragraph 1 in accordance with law, 18 U.S.C. § 982(b)(1) and Fed.R.Crim.P. 32(b)(3);

D.  that the United States shall publish notice of this Order in accordance with 21 U.S.C. 853(n)(1); and

E.  that the Clerk of the Court shall provide copies of this Order to all parties of record.

April 10, 2002
Date

Frederic N. Smalkin
United States District Judge
District of Maryland