# United States District Court
## District of Maryland

**CHAMBERS OF**
**WILLIAM D. QUARLES, JR.**
**UNITED STATES DISTRICT JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
410-962-0946
410-962-0868 (FAX)
MDD_WDQCHAMBERS@MDD.USCOURTS.GOV

March 24, 2004

TO COUNSEL OF RECORD:

Re: Hunt v. Ritz Cabaret, WDQ-02-2523

Dear Counsel:

At the March 24, 2004 telephone conference, I set the following schedule. The Defendant's motion for summary judgment is due on March 26, 2004. The response is due April 12, 2004. The reply is due on April 19, 2004.

Despite its informality, this letter is an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

William D. Quarles, Jr.
United States District Judge