IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____

**RON HUNT**                        :
                                    :
                                    :   Civil Action No: L02-CV-252
           Plaintiff,               :   (WDQ)
                                    :
v.                                  :
                                    :
**TRACEY'S INC. t/a**               :
**RITZ CABARET**                    :
                                    :
and                                 :
                                    :
**FRANCIS LEE**                     :
                                    :
           Defendants.              :
_____ :

**PLAINTIFF'S OPPOSITION TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff Ron Hunt, by and through counsel Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and respectfully submits this Opposition to Defendants' Motion for Summary Judgment.

Plaintiff's arguments will be more fully set forth in the accompanying Memorandum of Points and Authorities.

                                    Respectfully submitted,

                                    _____
                                    Jimmy A. Bell, Esq.
                                    Law Office of Jimmy A. Bell, P.C.
                                    9610 Marlboro Pike
                                    Upper Marlboro, MD 20772
                                    (301) 599-7620
                                    (301) 599-7623 (fax)
                                    Bar No. 14639