## AFFADAVIT OF RON HUNT

I, Ron Hunt, of 1200 Golf Course Drive, Mitchellvill, Maryland 20712, being duly sworn state the following regarding my experience with Francis Lee and the sale of the Ritz Cabaret. Neither myself, nor my attorney Jimmy A. Bell, Esquire were ever notified of the online bidding process used to sell the Ritz Cabaret. I was not given the opportunity to bid online for the Ritz Cabaret, even though my written offer of $1.6 million dollars, plus a six percent buyer's fee, was communicated to Joerg Eichelberger in writing and was a higher bid than the Ritz Cabaret subsequently sold for.

Furthermore, I have met with Joseph Soltas, the man who purchased the Ritz Cabaret, and he is caucasion.

Under the penalty of perjury, I certify the above statements are true.

_____
Ron Hunt

Subscribed and sworn to me
On this 12 day of
April, 2004 by the affiant.

_____
Notary Public

ANGELIQUE M. CULVER
NOTARY PUBLIC STATE OF MARYL
My Commission Expires August 1, 20..

ANGELIQUE M. CULVER
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires August 1, 2006