## AFFIDAVIT OF NICOLE FUOCO

I, Nicole Fuoco of 365 Montocello Court, Glen Burnie, 21061 being duly sworn state the following regarding my experiences as Bartender at the Ritz Cabaret of Baltimore, Maryland and my knowledge regarding the comments made by Mr. Lee about Ron Hunt. I was a bartender for the Ritz, bartenders are the management, we are responsible for running the club. Before I became a bartender I was a dancer there for two years.

When I first encountered Ron Hunt, I was working and he tipped me fifty dollars. I did not know who he was at the time. He came into the club two times after that. The second time I saw Ron he was talking with Mr. Lee about purchasing the club. They were in meetings all day discussing the club. The next time Ron came in he did not meet with Mr. Lee, but he did bring some of his dancers with him.

After I saw Ron and Mr. Lee discussing the sale of the club, I asked Mr. Lee if he was going to sell the club and he said no. He also said that he didn't want to sell the club to Ron because he was too arrogant and he was always throwing his money around. He kept saying that he did not want Ron changing anything and that Ron wouldn't treat "his family" right. Mr. Lee said that Ron was cocky and arrogant, and that Ron didn't trust his employees the way that Mr. Lee did. He also said that because Ron was so arrogant, he felt like Ron would "treat his girls bad" and that Ron would bring the club down. But I think that it would be good if Ron took over the club and cleaned it up.

The Ritz is a nasty place to work. I was constantly using hand sanitizers to keep myself clean. I remember when the Health Department came and could have shut the Ritz down. You're not supposed to keep anything in with the ice, but there were always sodas, champagne, and beer in with the ice. The Health Department also cited the Ritz because they could not find a hand washing sink behind the bar because it was covered by a bunch of dirty rags. They probably would have shut the club down, but they couldn't find the biggest violation. There is a basement in the Ritz, but there is a separate entrance outside on another building. That's where the septic tank is, and it's broken. It's been broken. Whenever you flush a toilet in the club, it goes into the basement. There is knee deep waste in the basement. At one point, Mr. Lee was letting it out onto the street until people started complaining. Even with the septic tank being broken, Mr. Lee still won't hire a professional to fix anything.

The club is not secure either. There is a doorway in the back of the club that doesn't have a door. Not many people know about it, but anyone can hop a few fences and then come into the club through that entrance. I've been robbed before where someone came in through the back of the club. Junkies have come into the club through that entrance as well. Mr. Lee even had one living in the club and paid him to clean behind the bar. He was a heroine addict and had open sores on his arms and face. Even with the open sores, Mr Lee let him stock glasses and beer.

A lot of drug dealers frequent the club and a lot of girls do drugs. There was one girl who

use to leave needles around the club, laying on the floors. I also remember when I was running the day shift, I had to fire two girls for prostitution. And it was with the same guy I had previously told the bouncers to watch. The first girl had unprotected intercourse with the man, in the club, and the other girl gave him oral sex in the club. I fired them both when I found out what took place.

 Mr. Lee stated that he wanted Dennis, who is white, to own the club.

 Under the penalty of perjury, I certify that the above statements are true.

_____<br>
Nicole Fuoco

Subscribed and sworn to me on the 26th
day of July, 2002 by the affiant.

_____
Notary Public

2