IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

|  |  |
|---|---|
| RON HUNT, | * |
| Plaintiff, | * |
| v. | *  CIVIL NO.: WDQ-02-2523 |
| TRACEY'S, INC., t/a RITZ CABARET, et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 28th day of April 2004, ORDERED that:

1. The Defendants' motion for summary judgment BE, and HEREBY IS, GRANTED as to Counts I and II of the Amended Complaint;

2. Judgment be entered in favor of the Defendants and against the Plaintiff on Counts I and II;

3. Count III of the Amended Complaint BE, and HEREBY IS, DISMISSED without prejudice;

4. This case be CLOSED; and

5. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to Counsel for the parties.

_____/s/_____
William D. Quarles, Jr.
United States District Judge

1