```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND

RON HUNT                              )
                                      )
     Plaintiff,                       )
                                      )    Case No. 02-CV-2523
     v.                               )
                                      )
TRACEY'S INC., t/a/ RITZ CABARET      )
                                      )
     and                              )
                                      )
FRANCIS LEE                           )
                                      )
     Defendant.                       )
```

**DEFENDANT'S PETITION FOR ATTORNEYS' FEES**

Defendant, through undersigned counsel, hereby files this Petition for Attorneys' Fees, pursuant to 42 U.S.C. § 1988, for those reasons set forth in the Memorandum filed herewith. Attached hereto are the itemized fees and expenses.

                          Respectfully submitted,

                          /S/
                          Brenda Grantland
                          265 Miller Avenue
                          Mill Valley, CA 94941
                          (415) 380-9108

                          And

                          /S/
                          DAVID F. ALBRIGHT, JR.
                          Bar #02234
                          Local counsel
                          Bennett & Albright, P.A.
                          200 E. Lexington Street
                          Suite 200
                          Baltimore, MD 21202
                          (410) 727-2168
                          Counsel for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by electronic file transfer upon Jimmy A. Bell, Law Office of Jimmy A. Bell, P.C., 9610 Marlboro Pike, Upper Marlboro, MD 20772, this _____day of May, 2004.

                                      /S/_____
                                      DAVID F. ALBRIGHT, JR.