Bennett & Albright, P.A.

200 East Lexington Street, S. 200
Baltimore MD  21202

Invoice #
6127

Francis Lee
5054 Springhouse Circle
Baltimore, MD  21237
FRALEE.DEFENS

Date
4/23/2004



Re:  3120 Lee, Francis ats Hunt, Ron

# *Invoice for Professional Services*

| Date | Description of Service | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| 10/22/2003 | Receipt and review of opposition to motion, e filing of same (DFA) | 0.3 | 200.00 | 60.00 |
| 10/24/2003 | Telecon with Brenda Grantland (DFA) | 0.3 | 200.00 | 60.00 |
| 12/19/2003 | Telecon with Brenda Gladstone regarding strategy (DFA) | 0.3 | 200.00 | 60.00 |
| 1/5/2004 | Telecons with Jim Bell, Brenda Grantland, status report (DFA) | 0.5 | 200.00 | 100.00 |
| 1/6/2004 | Telecon with Brenda Grantland (DFA) | 0.5 | 200.00 | 100.00 |
| 1/7/2004 | Drafting letter to attorney Bell, receipt of pleading by Bell (DFA) | 1 | 200.00 | 200.00 |
| 1/23/2004 | Telecon with Brenda Grantland (DFA) | 0.2 | 200.00 | 40.00 |
| 4/19/2004 | Review of reply to opposition to motion for summary judgment, preparation for filing (DFA) | 1 | 200.00 | 200.00 |
| | (SUBTOTAL/ATTORNEYS' FEES:  $820.00 - DFA) | | | |
| | MISC.-Kinko's/PDF diskette\FRALEE.DEFENSE | | 60.22 | 60.22 |
| | telephone | | 0.14 | 0.14 |
| | fax | | 0.36 | 0.36 |
| | fax | | 0.48 | 0.48 |
| | fax | | 0.02 | 0.02 |
| | telephone | | 1.35 | 1.35 |
| | Scanning-CCS/FRALEE.DEFENS | | 21.00 | 21.00 |
| | PACER/fralee.defens | | 15.40 | 15.40 |
| | photocopies | | 16.20 | 16.20 |
| | Total Reimbursable Expenses | | | 115.17 |

**Total Due**

**Bennett & Albright, P.A.**

200 East Lexington Street, S. 200
Baltimore MD   21202

| | Invoice # |
|---|---|
| | 6127 |

Francis Lee
5054 Springhouse Circle
Baltimore, MD  21237
FRALEE.DEFENS



| Date |
|---|
| 4/23/2004 |

| Re: | 3120 Lee, Francis ats Hunt, Ron |
|---|---|

# *Invoice for Professional Services*

| Date | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|
| | BEGINNING BALANCE IN ESCROW:      $ 185.54 | | | |
| | PLUS ADDITIONAL RETAINER PAID:     2,500.00 | | | |
| | TOTAL IN ESCROW:                              $2,685.54 | | | |
| | LESS PAYMENT THIS INVOICE:           - 935.17 | | | |
| | CREDIT BALANCE REMAINING IN ESCROW:                     $1,750.37 | | | |
| | **Total Due** | | | $935.17 |