Bennett & Albright, P.A.

200 East Lexington Street, S. 200
Baltimore MD   21202

| Invoice # |
|---|
| 5259 |



Francis Lee
5054 Springhouse Circle
Baltimore, MD  21237
FRALEE.DEFENS

| | Date |
|---|---|
| | 9/11/2003 |

| Re: | 3120 Lee, Francis ats Hunt, Ron |
|---|---|

# *Invoice for Professional Services*

| Date | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/21/2003 | Receipt and review of court order, telecon with Brenda Grantland (DFA) | 0.5 | 200.00 | 100.00 |
| 7/26/2003 | Telephone messages left for Brenda Grantland (DFA) | 0.2 | 200.00 | 40.00 |
| 7/28/2003 | Draft of answer to amended complaint (DFA) | 1.25 | 200.00 | 250.00 |
| 7/29/2003 | Telecon with Brenda Grantland  regarding answer, changes to answer,authorizes me to put her name on the answer (DFA) | 0.2 | 200.00 | 40.00 |
| 7/29/2003 | Draft and filing of answer (DFA) | 0.7 | 200.00 | 140.00 |
| 8/27/2003 | Receipt and review of pleadings from opposing counsel, telecon with Brenda (DFA) | 0.7 | 200.00 | 140.00 |
| 9/4/2003 | Review and redraft of memo in opposition to motion to take deposition, memo in response to motion to enlarge time (DFA) | 1 | 200.00 | 200.00 |
| 9/6/2003 | Receipt and review of affidavit from Briskman, draft of memo to BAS (DFA) | 0.2 | 200.00 | 40.00 |
| 9/9/2003 | Draft of opposition memorandum (DFA) | 0.5 | 200.00 | 100.00 |
| 9/9/2003 | Draft of letter to Court requesting extension, draft of changes to response to motion (DFA) | 0.5 | 200.00 | 100.00 |
| 9/9/2003 | Draft of motion for extension of time (DFA) | 0.5 | 200.00 | 100.00 |
| 9/10/2003 | Receipt and review of court order, telecon with Brenda Grantland (DFA) | 0.2 | 200.00 | 40.00 |
| | (SUBTOTAL/ATTORNEYS'FEES:  $1,290.00) | | | |
| | photocopies | | 33.40 | 33.40 |
| | postage | | 9.70 | 9.70 |
| | telephone | | 0.93 | 0.93 |
| | fax | | 0.43 | 0.43 |
| | Total Reimbursable Expenses | | | 44.46 |
| | BEGINNING BALANCE IN ESCROW:  $1,520.00 | | | |
| | LESS PAYMENT THIS INVOICE:  -1,334.46 | | | |

| **Total Due** |
|---|

Bennett & Albright, P.A.

200 East Lexington Street, S. 200
Baltimore MD   21202

| | Invoice # |
|---|---|
| | 5259 |



| | Date |
|---|---|
| | 9/11/2003 |

Francis Lee
5054 Springhouse Circle
Baltimore, MD  21237
FRALEE.DEFENS

| Re: | 3120 Lee, Francis ats Hunt, Ron |
|---|---|

# *Invoice for Professional Services*

| Date | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|
| | CREDIT BALANCE REMAINING IN ESCROW: $185.54 | | | |

| **Total Due** | $1,334.46 |
|---|---|