**Bennett & Albright, P.A.**

200 East Lexington Street, S. 200
Baltimore MD  21202

| Invoice # |
|---|
| 5039 |

Francis Lee
5054 Springhouse Circle
Baltimore, MD  21237
FRALEE.DEFENS



| Date |
|---|
| 7/21/2003 |

| Re: | 3120 Lee, Francis ats Hunt, Ron |
|---|---|

# *Invoice for Professional Services*

| Date | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/24/2003 | Review of pleadings, telecon with Brenda (DFA) | 1.5 | 200.00 | 300.00 |
| 6/26/2003 | Telecons with Brenda Grantland (DFA) | 0.2 | 200.00 | 40.00 |
| 7/3/2003 | Telecon with Brenda, Linda, review of court docket, draft of motion for enlargement of time (DFA) | 1 | 200.00 | 200.00 |
| 7/7/2003 | Telecon with Brenda Grantland (DFA) | 0.2 | 200.00 | 40.00 |
| 7/14/2003 | Review of pleadings, telecon with Linda Buck, review of affidavit statute (DFA) | 1 | 200.00 | 200.00 |
| 7/17/2003 | Preparation of reply to be filed (DFA) (SUBTOTAL/ATTORNEYS' FEES: $908.00) BEGINNING BALANCE IN ESCROW ACCOUNT: $2,500.00 LESS PAYMENT THIS INVOICE: $980.00 CREDIT BALANCE REMAINING IN ESCROW: $1,520.00 | 1 | 200.00 | 200.00 |

| **Total Due** | $980.00 |
|---|---|