# Brenda Grantland

Attorney at Law
265 Miller Avenue
Mill Valley, CA 94941
(415) 380-9108
fax (415) 381-6105

May 11, 2004

**Itemization of my attorney's fees and expenses in *Hunt v. Lee***

| Date | Description | Time | Exp. |
|---|---|---|---|
| 5/7/03 | review amended complaint, make notes for response/ motion to dismiss | 2.3 | |
| 5/8/03 | research for motion to dismiss | 5.7 | |
| 5/12/2003 | phone conference with Lee, noting his responses to allegations in Hunt complaint, legal research on motions to dismiss complaint | 6.5 | |
| 5/13/03 | legal research on motion to dismiss, draft motion | 5.5 | |
| 5/14/03 | legal research and drafting | 6.2 | |
| 5/20/03 | legal research | 1.5 | |
| 5/23/03 | legal research | .5 | |
| 6/20/03 | read Hunt's opposition brief, make notes for response, research defamation | 4.5 | |
| 6/23/03 | research defamation & other issues for reply | 5.0 | |
| 6/24/03 | legal research for reply, letter to Bernstein | 4.7 | |
| 6/27/03 | phone call to David Albright, research, draft reply | 3.5 | 2.80 |
| 7/2/03 | research for reply brief, draft motion for enlargement | 4.5 | |
| 7/3/03 | phone call to David Albright, legal research | 1.5 | .70 |
| 7/6/03 | read legal research, draft reply | 3.9 | |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 7/7/03 | phone call to David Albright, research for and drafting of reply to motion to dismiss | 7.1 | 2.80 |
| 7/8/03 | read cases, draft reply and declarations | 5.5 | |
| 7/9/03 | research & drafting reply to motion to dismiss | 4.6 | |
| 7/10/03 | research & drafting reply | 3.5 | |
| 7/14/03 | research and drafting reply | 5.8 | |
| 7/15/03 | research and drafting reply | 6.5 | |
| 7/16/03 | final edits on reply | 5.4 | |
| 7/21/03 | phone calls to U.S.A.O, Marshal Service, Albright | 1.3 | 3.25 |
| 7/22/03 | phone calls, | | |
| 7/23/03 | read Memorandum Opinion and Order review docket and other documents sent by Dave Albright, phone calls | 4.5 | 4.50 |
| 7/25/03 | phone calls with Lee, research and notes re: responses and defenses for Answer | 5.7 | |
| 7/26/03 | research re: defenses, draft answer | 1.5 | |
| 7/28/03 | review e-mail from Dave Albright re: defenses, phone conference w/ Dave re: defenses | 1.5 | |
| 7/29/03 | review draft answer, phone conf. w/ Linda | 1.0 | 1.20 |
| 8/8/03 | call from Dave Albright's secretary, research rule 30(a)(2), draft letter to Bell, calls to Bell's office, Linda | 2.0 | .55 |
| 8/19/03 | phone call to Dave Albright | .1 | .04 |
| 8/27/03 | phone call to Dave Albright, Marty Clarke | .1 | .37 |
| 8/28/03 | read faxed letter from Dave Albright, Bell's motion for leave to depose defendant in prison, and attachments, begin research and notes for response motion | 4.5 | |
| 9/1/03 | research, draft opposition to motion to depose Lee | 2.2 | |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 9/2/03 | research, draft opposition to motion to depose Lee, draft declarations, phone call | 3.5 | .62 |
| 9/3/03 | phone calls, draft declaration Len Briskman | 1.5 | .33 |
| 9/4/03 | review and correct memorandum in opposition to plaintiff's motion to depose Lee, phone calls, correct declaration of Marty Clarke | 1.9 | |
| 9/8/03 | review corrected declaration from Marty Clarke, phone calls to Marty & Dave Albright | .3 | .40 |
| 9/30/03 | Expense - photocopies for month of Sept. | | 10.80 |
| 9/30/03 | read letter from Bell and faxes from Dave Albright, phone calls | .3 | .18 |
| 10/1/03 | calls to Bell, Linda, Morgantown | .6 | 1.33 |
| 10/3/03 | call to Morgantown | .1 | .08 |
| 10/14/03 | phone calls, read fax from Bell's office | .2 | |
| 10/17/03 | phone calls with Lee, waiting for deposition for Lee (Bell didn't show) | 2.2 | 1.21 |
| 10/20/03 | phone calls with Bell's office, read fax from Bell, read Bell's motion to extend discovery by 30 days, phone conf. w/ Dave Albright & Linda | 1.2 | .47 |
| 10/21/03 | read Fed Ex'd Bell letter & notice of deposition, phone calls from Bell's office, read fax from Bell, draft letter to Bell, begin drafting second motion opposing deposition of Lee, phone calls to Morgantown & Dave | 4.9 | 1.44 |
| 10/22/03 | read Fed Ex documents from Bell, call to Dave Albright | .4 | .11 |
| 10/23/03 | draft letter to Bell, fax message to Bell, call to Linda, Morgantown | .8 | .23 |
| 10/24/03 | read fax from Bell, read Fed Ex'd 5 pg. letter and attachments from Bell, draft letter to Bell | 1.5 | .82 |

| Date | Description | | |
|---|---|---|---|
| 10/28/03 | read fax from Dave Albright with 2 orders, call to Dave | .2 | .05 |
| 10/30/03 | Expense - photocopies for month of Oct. | | .80 |
| 11/2/03 | read fax from Bell re: deposition, fax to Bell's office | .2 | |
| 11/4/03 | call to Bell's office | .1 | .04 |
| 11/5/03 | read fax from Bell | .2 | |
| 11/7/03 | call to Linda | .1 | .05 |
| 11/10/03 | read fax from Dave Albright | .2 | |
| 11/12/03 | faxes to Bell | | .08 |
| 11/19/03 | calls to Morgantown | .2 | .41 |
| 11/19/03 | deposition of Francis Lee, phone calls from Lee, phone call to Morgantown | 2.2 | .41 |
| 12/3/03 | calls to Morgantown, conf. w/ Lee | .5 | .35 |
| 12/4/03 | calls to Morgantown, Lee | .1 | .11 |
| 12/10/03 | conference call, Francis Lee, research for summary judgment motion | 4.3 | |
| 1/5/03 | calls to David Albright, review notes re: depo, Rule 11 research | 1 | .44 |
| 1/6/03 | phone calls David Albright, Linda Buck, Morgantown, Lee, review fax re: status | 2 | 1.38 |
| 1/7/04 | call to Linda Buck | .1 | |
| 1/13/04 | review materials from Albright, calls to Albright, Morgantown, return call from Lee | .8 | .08 |
| 1/16/04 | calls to Morgantown, return call from Lee | .4 | .09 |
| 1/20/04 | called court reporter, called Morgantown & left message re: depo transcript, | .2 | .55 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/22/04 | call to Linda Buck, returned call from her | .3 | .04 |
| 1/23/04 | calls to Dave Albright, Linda Buck, Morgantown | .3 | 1.27 |
| 1/27/04 | called court reporter, Linda Buck, Morgantown | .2 | .08 |
| 1/29/04 | called Linda Buck, court reporter | .1 | .09 |
| 1/30/04 | called Linda Buck, court reporter, Morgantown | .1 | .20 |
| 2/2/04 | purchased copy of deposition transcript, read transcript | .5 | 187.75 |
| 2/3/04 | called Morgantown, conf. W/ Lee re: deposition | .3 | .34 |
| 2/12/04 | called Morgantown | .1 | .04 |
| 2/13/04 | called Morgantown, conf. W/ Lee | .3 | .15 |
| 3/15/04 | call to David Albright, research & draft motion for summary judgment | 3.5 | .04 |
| 3/16/04 | research and drafting, motion for summary judgment | 8.75 | |
| 3/17/04 | call to Morgantown, conf. W/ Lee, research & draft motion for summary judgment | 7.45 | .12 |
| 3/18/04 | drafting motion for summary judgment | 1.75 | |
| 3/19/04 | call to David Albright, drafting motion for summary judgment | 3 | .16 |
| 3/24/04 | call to David Albright, phone status conference | .3 | .04 |
| 3/25/04 | call to David Albright | .1 | .07 |
| 4/8/04 | call to Morgantown | .1 | .04 |
| 4/12/04 | read opposition to summary judgment, make notes begin research | 2.75 | |
| 4/13/04 | research & drafting reply motion | 4.5 | |

| Date | Description | Hours |
|---|---|---|
| 4/14/04 | research & drafting reply motion | 7 |
| 4/15/04 | research & drafting reply motion | 2.25 |
| 4/16/04 | research & drafting reply | 4.25 |
| 4/28/04 | read order granting summary judgment | .5 |
| 5/6/04 | research & drafting fee petition | 5.25 |
| 5/7/04 | research & drafting fee petition | 3.5 |
| 5/8/04 | research & drafting fee petition | 7.75 |
| 5/9/04 | research & drafting fee petition | 5 |
| 5/10/04 | research & drafting fee petition | 8.25 |
| 5/11/04 | research & drafting fee petition, conf. W/ Dave Albright | 6.5 |

Attorney's fees for Brenda Grantland       235.45 hours at $200 per hour = $47,090
                                                                  (at $250 per hour = $58,862.50)

Costs incurred by Brenda Grantland                              $230.85