| | Invoice # |
|---|---|
| | 5039 |

**Bennett & Albright, P.A.**

200 East Lexington Street, S. 200

Baltimore MD   21202



Francis Lee
5054 Springhouse Circle
Baltimore, MD   21237
FRALEE.DEFENS

| | Date |
|---|---|
| | 7/21/2003 |

| | Re: | 3120 Lee, Francis ats Hunt, Ron |
|---|---|---|

# *Invoice for Professional Services*

| Date | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/24/2003 | Review of pleadings, telecon with Brenda (DFA) | 1.5 | 200.00 | 300.00 |
| 6/26/2003 | Telecons with Brenda Grantland (DFA) | 0.2 | 200.00 | 40.00 |
| 7/3/2003 | Telecon with Brenda, Linda, review of court docket, draft of motion for enlargement of time (DFA) | 1 | 200.00 | 200.00 |
| 7/7/2003 | Telecon with Brenda Grantland (DFA) | 0.2 | 200.00 | 40.00 |
| 7/14/2003 | Review of pleadings, telecon with Linda Buck, review of affidavit statute (DFA) | 1 | 200.00 | 200.00 |
| 7/17/2003 | Preparation of reply to be filed (DFA) | 1 | 200.00 | 200.00 |
| | (SUBTOTAL/ATTORNEYS' FEES:  $908.00) | | | |
| | BEGINNING BALANCE IN ESCROW ACCOUNT: $2,500.00 | | | |
| | LESS PAYMENT THIS INVOICE: $980.00 | | | |
| | CREDIT BALANCE REMAINING IN ESCROW: $1,520.00 | | | |

| | **Total Due** | $980.00 |
|---|---|---|