IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RON HUNT | ) |
| Plaintiff, | ) |
| | ) Case No. 02-CV-2523 |
| v. | ) |
| TRACEY'S INC., t/a/ RITZ CABARET | ) |
| and | ) |
| FRANCIS LEE | ) |
| Defendant. | ) |

### DECLARATION OF DEFENDANT'S COUNSEL, BRENDA GRANTLAND

I, Brenda Grantland, depose and state as follows:

The itemization of my attorneys fees and expenses attached to Defendant's Petition for Attorney's Fees is based on contemporaneous records I kept while performing the services. My itemization of expenses is taken from receipts and my long distance telephone bills.

I did not keep track of the time I spent preparing my itemization of time and expenses, and did not include that time in my itemization. I did bill for the hours I spent researching and writing the Petition for Attorney's fees.

I was lead counsel on this case and did all of the research and writing of the motions and pleadings filed, except that David Albright drafted the answer and some of the shorter motions such

1

as motions for enlargement of time. David Albright acted as local counsel. He edited each of the motions and pleadings before they were filed, and took care of the electronic filing.

I have read over David Albrights itemization. I believe all of our expenditures of time and expenses on this case were reasonable.

I drafted and have carefully read the Petition for Attorney's Fees and certify that all of the factual allegations in that motion are true and correct.

I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true and correct.

Dated: 5-12-2004

*Brenda Grantland*
Brenda Grantland