IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RON HUNT ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 02-CV-2523 |
| v. ) | |
| ) | |
| TRACEY'S INC., t/a/ RITZ CABARET ) | |
| ) | |
| and ) | |
| ) | |
| FRANCIS LEE ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF DEFENDANT'S COUNSEL,
DAVID F. ALBRIGHT, JR.**

I, David F. Albright, Jr., depose and state as follows:

The itemization of my attorneys fees and expenses attached to Defendant's Petition for Attorney's Fees is based on contemporaneous records I kept while performing the services. The fees and expenses are fair and reasonable.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: 05/12/04                                           /s/_____
                                                          David F. Abright, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by electronic file transfer upon Jimmy A. Bell, Law Office of Jimmy A. Bell, P.C., 9610 Marlboro Pike, Upper Marlboro, MD 20772, this _____ day of May, 2004.

/S/_____
DAVID F. ALBRIGHT, JR.