IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RON HUNT ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 02-CV-2523 |
| v. ) | |
| ) | |
| TRACEY'S INC., t/a/ RITZ CABARET ) | |
| ) | |
| and ) | |
| ) | |
| FRANCIS LEE ) | |
| ) | |
| Defendant. ) | |

**ERRATA AND ADDENDUM TO THE MEMORANDUM OF DEFENDANT'S COUNSEL, PETITIONING FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 1988**

Defendant, through undersigned counsel, hereby corrects the previously filed petition for attorney's fees as follows:

Defendant previously submitted itemizations of each of his attorneys' fees and expenses as an attachment to Defendant's Petition for Attorney's Fees, filed May 12, 2004. Their itemizations were organized in the manner in which they customarily billed their clients, rather than in the specialized format prescribed by the local rules. Below appear the same itemizations, only reorganized into the categories prescribed by Local Rule 109.2.b. and Local Rule Appendix B.

All of the professional services listed in Part A below were performed by lead counsel, Brenda Grantland. All of the professional services listed in Part B below were performed by local attorney David Albright.

Although it is implicit in their memorandum, defense counsel failed to specifically state that Defendant prevailed on all claims, and failed to prevail on none.

Defense counsel also inadvertently neglected to state the customary fee for like work prevailing in the attorney's community. Attorney Brenda Grantland lives in a suburb of San Francisco, California, where attorneys fees for civil rights cases usually far exceed the $250 per hour rate that she customarily bills her clients who retain her by the hour. (Her actual hourly rate in civil rights cases is skewed by a large recovery in a *Bivens* case in which she represented the plaintiffs and was paid on a contingency basis. However, she was required to sign a nondisclosure agreement in the settlement and cannot mention dollar figures.) Local attorney David Albright customarily charges $200.00 per hour. This is a customary hourly rate in the Baltimore metropolitan area.

Because both attorneys have over 20 years experience, their fee rates are within the guidelines set out in Local Rule Appendix B § 3, where lawyers admitted to the bar for more than 8 years average $200-275 per hour.

**PART A - REFORMATTED ITEMIZATION OF TIME BY BRENDA GRANTLAND**

**1.    Case development, background investigation and case administration**

| Date | Description | Hours |
|---|---|---|
| 7/21/03 | phone calls to U.S.Attorney's Office, Marshal Service, local counsel (Dave Albright) | 1.3 |
| 7/23/03 | read Memorandum Opinion and Order review docket and other documents sent by Dave Albright, phone calls | 4.5 |
| 8/8/03 | call from Dave Albright's secretary, research rule 30(a)(2), draft letter to Bell, calls to Bell's office, Linda Buck (Defendant's girlfriend) re: facts of case | 2.0 |
| 8/19/03 | phone call to Dave Albright | .1 |
| 8/27/03 | phone call to Dave Albright, AUSA Marty Clarke | .1 |

| Date | Description | Hours |
|---|---|---|
| 1/6/03 | phone calls David Albright, Linda Buck, Morgantown, Lee, review fax re: status | 2 |
| 1/7/04 | call to Linda Buck | .1 |
| 1/13/04 | review materials from Albright, calls to Albright, Morgantown, return call from Lee | .8 |
| 1/16/04 | calls to Morgantown, return call from Lee | .4 |
| 1/22/04 | call to Linda Buck, returned call from her | .3 |
| 1/23/04 | calls to Dave Albright, Linda Buck, Morgantown | .3 |
| 1/27/04 | called court reporter, Linda Buck, Morgantown | .2 |
| 1/29/04 | called Linda Buck, court reporter | .1 |
| 1/30/04 | called Linda Buck, court reporter, Morgantown | .1 |
| 2/2/04 | purchased copy of deposition transcript, read transcript | .5 |
| 2/3/04 | called Morgantown, conf. w/ Lee re: deposition | .3 |
| 2/12/04 | called Morgantown | .1 |
| 2/13/04 | called Morgantown, conf. w/ Lee re: corrections to Transcript | .3 |
| | Subtotal | 13.5 hours |

## 2. Pleadings

| Date | Description | Hours |
|---|---|---|
| 7/25/03 | phone calls with Lee, research and notes re: responses and defenses for Answer | 5.7 |
| 7/26/03 | research re: defenses, draft answer | 1.5 |
| 7/28/03 | review e-mail from Dave Albright re: defenses, phone conference w/ Dave re: defenses | 1.5 |
| 7/29/03 | review draft answer, phone conf. w/ Linda Buck, | |

3

|  |  |  |  |
|---|---|---|---|
| | (Defendant's girlfriend) re: facts | 1.0 | |
| | Subtotal | 9.7 | hours |

**3.      Interrogatories, document production and written discovery**

None were requested.

**4.      Depositions**

| | | |
|---|---|---|
| 9/30/03 | read letter from Bell and faxes from Dave Albright, phone calls | .3 |
| 10/1/03 | calls to Bell, Linda, Morgantown prison (where defendant was incarcerated) | .6 |
| 10/3/03 | call to Morgantown re: deposition | .1 |
| 10/14/03 | phone calls, read fax from Bell's office | .2 |
| 10/17/03 | phone calls with Lee, waiting for deposition for Lee (Bell didn't show) | 2.2 |
| 10/20/03 | phone calls with Bell's office, read fax from Bell, read Bell's motion to extend discovery by 30 days, phone conf. w/ Dave Albright & Linda | 1.2 |
| 10/21/03 | read Fed Ex'd Bell letter & notice of deposition, phone calls from Bell's office, read fax from Bell, draft letter to Bell, begin drafting second motion opposing deposition of Lee, phone calls to Morgantown & Dave | 4.9 |
| 10/22/03 | read Fed Ex documents from Bell, call to Dave Albright | .4 |
| 10/23/03 | draft letter to Bell, fax message to Bell, call to Linda, Morgantown | .8 |
| 10/24/03 | read fax from Bell, read Fed Ex'd 5 pg. letter and attachments from Bell, draft letter to Bell | 1.5 |
| 10/28/03 | read fax from Dave Albright with 2 orders, call to Dave | .2 |
| 11/2/03 | read fax from Bell re: deposition, fax to Bell's office | .2 |

| | | |
|---|---|---|
| 11/4/03 | call to Bell's office | .1 |
| 11/5/03 | read fax from Bell | .2 |
| 11/7/03 | call to Linda | .1 |
| 11/10/03 | read fax from Dave Albright | .2 |
| 11/12/03 | faxes to Bell | .2 |
| 11/19/03 | calls to Morgantown | .2 |
| 11/19/03 | deposition of Francis Lee, phone calls from Lee, phone call to Morgantown | 2.2 |
| 12/3/03 | calls to Morgantown, conf. w/ Lee | .5 |
| 12/4/03 | calls to Morgantown, Lee | .1 |
| 1/20/04 | called court reporter, called Morgantown & left message re: depo transcript, | .2 |
| | Subtotal | 16.6 hours |

**5.    Motions practice**

| | | |
|---|---|---|
| 5/7/03 | review amended complaint, make notes for response/ motion to dismiss | 2.3 |
| 5/8/03 | research for motion to dismiss | 5.7 |
| 5/12/2003 | phone conference with Lee, noting his responses to allegations in Hunt complaint, legal research on motions to dismiss complaint | 6.5 |
| 5/13/03 | legal research on motion to dismiss, draft motion | 5.5 |
| 5/14/03 | legal research and drafting | 6.2 |
| 5/20/03 | legal research | 1.5 |
| 5/23/03 | legal research | .5 |

| Date | Description | Hours |
|---|---|---|
| 6/20/03 | read Hunt's opposition brief, make notes for response, research defamation | 4.5 |
| 6/23/03 | research defamation & other issues for reply | 5.0 |
| 6/24/03 | legal research for reply, letter to Bernstein | 4.7 |
| 6/27/03 | phone call to David Albright, research, draft reply | 3.5 |
| 7/2/03 | research for reply brief, draft motion for enlargement | 4.5 |
| 7/3/03 | phone call to David Albright, legal research | 1.5 |
| 7/6/03 | read legal research, draft reply | 3.9 |
| 7/7/03 | phone call to David Albright, research for and drafting of reply to motion to dismiss | 7.1 |
| 7/8/03 | read cases, draft reply and declarations | 5.5 |
| 7/9/03 | research & drafting reply to motion to dismiss | 4.6 |
| 7/10/03 | research & drafting reply | 3.5 |
| 7/14/03 | research and drafting reply | 5.8 |
| 7/15/03 | research and drafting reply | 6.5 |
| 7/16/03 | final edits on reply | 5.4 |
| 8/28/03 | read faxed letter from Dave Albright, Bell's motion for leave to depose defendant in prison, and attachments, begin research and notes for response motion | 4.5 |
| 9/1/03 | research, draft opposition to motion to depose Lee | 2.2 |
| 9/2/03 | research, draft opposition to motion to depose Lee, draft declarations, phone call | 3.5 |
| 9/3/03 | phone calls, draft declaration Len Briskman | 1.5 |
| 9/4/03 | review and correct memorandum in opposition to plaintiff's motion to depose Lee, phone calls, correct | |

|  |  |  |
|---|---|---|
|  | declaration of Marty Clarke | 1.9 |
| 9/8/03 | review corrected declaration from Marty Clarke, phone calls to Marty & Dave Albright | .3 |
| 12/10/03 | conference call, Francis Lee, research for summary judgment motion | 4.3 |
| 1/5/03 | calls to David Albright, review notes re: depo, Rule 11 research | 1 |
| 3/15/04 | call to David Albright, research & draft motion for summary judgment | 3.5 |
| 3/16/04 | research and drafting, motion for summary judgment | 8.75 |
| 3/17/04 | call to Morgantown, conf. W/ Lee, research & draft motion for summary judgment | 7.45 |
| 3/18/04 | drafting motion for summary judgment | 1.75 |
| 3/19/04 | call to David Albright, drafting motion for summary judgment | 3 |
| 3/25/04 | call to David Albright | .1 |
| 4/8/04 | call to Morgantown | .1 |
| 4/12/04 | read opposition to summary judgment, make notes begin research | 2.75 |
| 4/13/04 | research & drafting reply motion | 4.5 |
| 4/14/04 | research & drafting reply motion | 7 |
| 4/15/04 | research & drafting reply motion | 2.25 |
| 4/16/04 | research & drafting reply | 4.25 |
| 4/28/04 | read order granting summary judgment | .5 |
|  | Subtotal | 159.3 hrs. |

**6.      Attending court hearings**

| | | |
|---|---|---|
| 3/24/04 | call to David Albright, phone status conference | .3 |
| | Subtotal | .3 hrs. |

**7.      Trial preparation and post-trial motions**

Not applicable - the case was resolved on summary judgment.

**8.      Attending trial**

Not applicable.

**9.      ADR**

Not applicable.

**10.     Fee petition preparation**

| | | |
|---|---|---|
| 5/6/04 | research & drafting fee petition | 5.25 |
| 5/7/04 | research & drafting fee petition | 3.5 |
| 5/8/04 | research & drafting fee petition | 7.75 |
| 5/9/04 | research & drafting fee petition | 5 |
| 5/10/04 | research & drafting fee petition | 8.25 |
| 5/11/04 | research & drafting fee petition, conf. W/ Dave Albright | 6.5 |
| | Subtotal | 36.25 hrs. |

Brenda Grantland also claims those expenses itemized in the Memorandum in Support of Defendant's Petition for Attorneys' Fees previously filed, in the amount of $230.85.

**PART B - REFORMATTED ITEMIZATION OF TIME BY DAVID ALBRIGHT**

**1.        Case development, background investigation and case administration**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 06/24/03 | Review of Pleadings telephone conference With referring counsel) | 1.5 | $300.00 |
| 06/26/03 | Telephone conference with referring Counsel) | .2 | 40.00 |
| 07/03/03 | Telephone conference with referring Counsel; review of court docket | .5 | 100.00 |
| 07/07/03 | Telephone conference with referring Counsel | .2 | 40.00 |
| 07/26/03 | Telephone conference with Brenda Grantland | .2 | 40.00 |
| 09/10/03 | Receipt and review of Court Order; telephone Conference with Ms. Grantland | .2 | 40.00 |
| 10/24/03 | Telephone conference with Brenda Grantland | .3 | 60.00 |
| 12/19/03 | Telephone conference with Brenda Grantland | .3 | 60.00 |
| 01/05/04 | Telephone conferences with opposing counsel and Brenda Grantland; status report | .5 | 100.00 |
| 01/06/04 | Telephone conference with Ms. Grantland | .5 | 100.00 |
| 01/23/04 | Telephone conference with Ms. Grantland | .2 | 40.00 |
|  | Subtotal | 4.6 hours = | $920.00 |

**2.        Pleadings**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 07/21/03 | Review of Court order; telephone conference with referring counsel | .5 | 100.00 |
| 07/28/03 | Draft of Answer to Amended Complaint | 1.25 | 250.00 |
| 07/29/03 | Telephone conference with Brenda Grantland regarding answer/Changes, authorization to sign | .2 | 40.00 |

| | | | |
|---|---|---|---|
| 07/29/03 | Finalization and filing of answer to complaint | .7 | 140.00 |
| | Subtotal | 2.65 hours = | $530.00 |

**3.      Interrogatories, document production and written discovery**

None were requested.

**4.      Depositions**

**5.      Motions practice**

| | | | |
|---|---|---|---|
| 07/03/03 | Draft of Motion for enlargement of Time | .5 | 100.00 |
| 07/14/03 | Review of Pleadings, telephone conference With client; review of affidavit Statute | 1 | 200.00 |
| 07/17/03 | Preparation of Reply to Plaintiff's Motion | 1 | 200.00 |
| 08/27/03 | Receipt and review of motion from Opposing counsel; telephone Conference with Brenda Grantland re same | .7 | 140.00 |
| 09/04/03 | Receipt and review of and redrafting of memo in Opposition to motion to take Depo., and in response to motion to enlarge time | 1 | 200.00 |
| 09/06/03 | Receipt and review of Briskman Affidavit; inter-office memo | .2 | 40.00 |
| 09/09/03 | Draft of opposition memorandum | .5 | 100.00 |
| 09/09/03 | Draft of letter to court requesting extension, draft of changes to response to Motion | .5 | 100.00 |
| 09/09/03 | Draft of Motion for Extension of Time | .5 | 100.00 |
| 10/22/03 | Receipt and review of opposition to motion; e-filing | .3 | 60.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 01/07/04 | Drafting of letter to opposing counsel; receipt of Motion by opposing party | 1 | 200.00 |
| 04/19/04 | Preparation of reply to opposition to motion for Summary judgment | 1 | 200.00 |
| | Subtotal | 8.2 hours = | $1,640.00 |

**6.  Attending court hearings**

Not applicable.

**7.  Trial preparation and post-trial motions**

Not applicable - the case was resolved on summary judgment.

**8.  Attending trial**

Not applicable.

**9.  ADR**

Not applicable.

**10.  Fee petition preparation**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/07/04 | Telephone conference with Ms. Grantland Re motion for counsel fees; transmission of bills | .2 | 40.00 |
| 05/10/04 | Telephone conference with Ms. Grantland Re motion for counsel fees | .2 | 40.00 |
| 05/11/04 | Drafting of Petition | 1 | 200.00 |
| 05/12/04 | Drafting of Petition and Exhibits | 1.25 | 250.00 |
| 05/12/04 | Legal   Research - clerk) ($50.00/hour) | 1.75 | 87.50 |
| 05/28/04 | Drafting and filing of Errata and Addendum | .5 | 100.00 |
| | Subtotal | 4.9 hours = | $717.50 |

Note that additional time has been expended by attorney David F. Albright, Jr., as listed hereinabove, since the filing of the Memorandum in Support of Defendant's Petition for Attorneys' Fees.

David F. Albright, Jr. also claims those expenses itemized herein as follows:

| Date | Description | Amount |
|---|---|---|
| 07/23/03 | Copying | $ 33.40 |
| 08/05/03 | Postage | 9.70 |
| 08/15/03 | LDC charges | .93 |
| 08/25/03 | Fax charge | .18 |
| 08/25/03 | Fax charge | .25 |
| 09/09/03 | CCS - pdf disk (Scanning) | 60.22 |
| 09/15/03 | LDC charges | .93 |
| 09/29/03 | Fax charge | .36 |
| 10/01/03 | Fax charge | .48 |
| 10/01/03 | Fax charge | .02 |
| 10/22/03 | LDC | 1.35 |
| 09/09/03 | CCS - pdf disk (Scanning) | 21.00 |
| 10/27/03 | Fax charge | .07 |
| 10/27/03 | Fax charge | .18 |
| 11/25/03 | LDC | .07 |
| 12/10/03 | Fax charge | .12 |
| 12/10/03 | Fax charge | .08 |
| 12/10/03 | Fax charge | .09 |
| 01/13/04 | Fax charge | .31 |
| 01/13/04 | Fax charge | .31 |
| 01/13/04 | Fax charge | .39 |
| 01/21/04 | LDC | .93 |
| 02/19/04 | LDC | .54 |
| 02/24/04 | Fax charge | .10 |
| 02/24/04 | Fax charge | .10 |
| 04/14/04 | PACER | 15.40 |
| 04/15/04 | Copying | 16.20 |
| 04/21/04 | LDC | .07 |
| 04/24/04 | Fax charge | .18 |
| 05/12/04 | Fed Ex charges | 32.08 |
| 05/12/04 | Fed Ex charges | 21.64 |
| 05/17/04 | Fax charge | .15 |

TOTAL EXPENSES: $217.83

Respectfully submitted,

/S/  
Brenda Grantland  
265 Miller Avenue  
Mill Valley, CA 94941  
(415) 380-9108

   And

/S/  
DAVID F. ALBRIGHT, JR.  
Bar #02234  
Local counsel  
Bennett & Albright, P.A.  
200 E. Lexington Street  
Suite 200  
Baltimore, MD 21202  
(410) 727-2168  
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by electronic file transfer upon Jimmy A. Bell, Law Office of Jimmy A. Bell, P.C., 9610 Marlboro Pike, Upper Marlboro, MD 20772, this _____day of May, 2004.

/S/  
DAVID F. ALBRIGHT, JR.