Sent by: STEARNS WEAVER          305 789 3395;          11/05/02 10:35;  JetFax #549;Page 2/3

Oct 29 02 06:46p    LV RET - DEPLOYED          412-322-0678          p.22

SEP.-04'02(WED) 08:21  USMS ASSET FORFEIT      TEL:410 962 2294      P 002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED
U.S. MARSHAL
BALTIMORE MD

2002 AUG 30 P 4:28

UNITED STATES OF AMERICA         :
                                 :
     v.                          :   CRIMINAL NO. S-01-0232
                                 :
FRANCIS LEE, a/k/a Le Tuyen Dinh :   (Re: Lee Property)
                                 :
.........oOo.........

## FINAL ORDER OF FORFEITURE

After a review of the government's Motion for a Final Order of Forfeiture and the pertinent record, it is this _____ day of August 2002 ORDERED, ADJUDGED AND DECREED as follows:

1. The following properties are condemned and all rights, title and interest of Francis Lee, Tracey's, Inc., and any and all other persons, are HEREBY FORFEITED to the United States of America:

   A. The contents of Harbor Bank of Maryland Account #1100044674, in the name of Tracy's, Inc.;

   B. The contents of Harbor Bank of Maryland, Account #1100045358, in the name of Tracy's, Inc. Payroll Account;

   C. The contents of Crestar Bank, Baltimore, Maryland, Account #295079983, in the name of Ritz Cabaret, Inc.;

   D. Real property and improvements thereon at 504 S. Broadway, Baltimore City, Maryland, known as Ritz Cabaret;

   E. Alcoholic Beverage License Number 16084 in the name of Tracy's, Inc. t/a Ritz Cabaret, 504 S. Broadway, Baltimore City, Maryland; and

   F. Adult Entertainment License in the name of Tracy's, Inc. t/a Ritz Cabaret, 504 S. Broadway, Baltimore, Maryland.

2. The forfeiture of the real property and the improvements thereon at 504 S. Broadway, Baltimore, Maryland, known as the Ritz Cabaret, and the alcohol and adult entertainment licenses associated with that property, hereinafter The Ritz Properties, is subject to the secured legal interests of a) The Allright Mortgage Co., Inc., as established by the Deed of Trust, Security

Sent by: STEARNS WEAVER          305 789 3395;          11/05/02 10:35;   JetFax #548;Page 3/3
Oct 29 02 06:46p   LV RET - DEPLOYED             412-322-0678                P.23
SEP.-04 02(WED) 08:23  USMS ASSET FORFEIT    TEL:410 ___ 2294                P.003

Agreement and Financing Statement filed on or about November 29, 1995 in the Land Records of Baltimore City, and b) the Mayor and City Council of Baltimore for unpaid water usage.

   3. The United States Marshals Service, or its agent(s), shall sell The Ritz Properties as soon as practicable and in accordance with the law. The sale of The Ritz Properties shall be done in a commercially reasonable manner and at a fair market price as determined by the United States Marshals Service. The proceeds from the sale of The Ritz Properties shall be distributed according to the following priority:

   a. first, to The Allright Mortgage Co., Inc. in satisfaction of the debt described in paragraph 2;

   b. second, to the Mayor and City Council of Baltimore for unpaid water usage;

   c. third, to the United States Marshals Service for payment of expenses it incurs in the management and sale of the property;

   d. fourth, $200,000 to the United States, which is the amount this Court ordered Francis Lee to forfeit at his sentencing hearing on August 28, 2002, when this Court ruled that an amount greater than $200,000 would be grossly disproportionate; and

   e. fifth, the balance of the proceeds from the sale of The Ritz Properties shall be paid to Francis Lee and/or Tracey's, Inc., t/a The Ritz Cabaret.

   4. The Clerk of the Court shall provide copies of this Order to counsel of record.

   5. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this Order.

Frederic N. Smalkin
United States District Judge for the
District of Maryland

8-30-02

FELICIA C. CANNON
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

2