UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA RUSSELL BROWN, )
)
      Plaintiff, )
)
    v. ) Civil Action No. 03-0031 (RBW)
)
DORSEY & WHITNEY, LLP, )
)
      Defendant. )

ORDER

In accordance with the Court's Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss and compel arbitration [#8, #12] is granted. It is further

ORDERED that this matter will be dismissed by the Court upon receipt by the defendant of a stipulation setting forth its agreement to waive the prohibition against plaintiff's recovery of punitive damages in arbitration contained in its dispute resolution policy, its agreement to permit plaintiff to pursue her statutory remedies available to her pursuant to the District of Columbia Human Rights Act, and its agreement to arbitrate the plaintiff's claims in the District of Columbia. It is further

ORDERED that said stipulation shall be submitted to the Court by June 20, 2003.

SO ORDERED on this 12th day of June, 2003.

REGGIE B. WALTON
United States District Judge