1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF MARYLAND
 3
 4    RON HUNT,                    :
 5           Plaintiff             :
 6           v                     :   CIVIL ACTION NO.
 7    TRACEY'S INC., t/a           :   1:02-CV-2523
 8    RITZ CABARET, et al.         :
 9           Defendants            :
10                    *     *     *
11        D E P O N E N T' S   C E R T I F I C A T E
              I, FRANCIS LEE, deponent herein, do
12    hereby certify that the above and foregoing
      transcript is a full, true and complete copy of
13    the proceedings which took place on the 19th day
      of November, 2003, at the Federal Correctional
14    Institution, 446 Greenbag Road, Morgantown, West
      Virginia, 26505.
15      _X_    There are no changes.
        ___   Please indicate the within changes.
16              In certification and verification
      thereof, I hereunto place my signature on
17    the 12th day of February, 2004.
                         _____Francis Lee_____
18                              Deponent
19    STATE OF _____ :
      COUNTY OF _____ :
20          Subscribed and sworn to before me a Notary
      Public on this the _____ day of
21    _____, 20____.
22
                              _____
                              NOTARY PUBLIC
23                            State of _____
                              County of _____
24    My Commission Expires: _____
```

K. Little / R. Little, Case Manager,
Authorized By The Act of July 7, 1955, as amended, to
administer oaths (18 U.S.C § 4004).

2-12-04

REC'D FEB 19 2004

FCI Morgantown, WV