# Brenda Grantland

Attorney at Law
265 Miller Avenue
Mill Valley, CA 94941
(415) 380-9108
fax (415) 381-6105

August 8, 2003

Jimmy Bell
9610 Marlboro Pike
Upper Marlboro, MD 20772

Via fax to (301) 599-7623

Dear Mr. Bell:

David Albright's secretary just called to tell me you asked to take the deposition of Francis Lee. Because Mr. Lee is incarcerated in federal prison, you have two hurdles to overcome before that would be permitted. First, you have to obtain a court order under Rule 30(a)(2) of the Federal Rules of Civil Procedure. In order to grant such a motion, the court will have to find that the deposition is consistent with the principles of Rule 26(b)(2). I am skeptical that the court would grant the motion, because the information sought "is obtainable from some other source that is more convenient, less burdensome [and] less expensive." Also, "the burden or expense of the proposed discovery outweighs its likely benefit, taking into account the needs of the case... and the importance of the proposed discovery in resolving the issues." Even if you succeed in getting a court order, jumping through the hoops required by the bureaucracy at the Bureau of Prisons will probably delay the deposition beyond the discovery cut off date. When I went to visit Mr. Lee last summer they would not let me have a legal visit – I had to talk to him over a telephone with a plexiglas divider between us. They will probably require background checks of the court reporter before allowing him/her into the prison. Plus there is the travel expense.

If you file such a motion I will oppose it. Mr. Lee is not the best source of information on the one issue remaining in this case – whether the federal government gave Mr. Lee authority to enter into a binding contract to sell the Ritz Cabaret after it was forfeited to the government. The best witnesses to produce this information are Assistant U.S. Attorney Marty Clarke (410-209-4840), who prosecuted Mr. Lee, including the criminal forfeiture of the Ritz Cabaret; and Lynn Briskman of the U.S. Marshal Service, who managed the disposition and sale of the Ritz Cabaret. Briskman's number is 202-305-9414. Since they represent the federal government in this forfeiture, they know better than anyone that the federal government never gave Lee authority to enter into a binding contract to sell the Ritz Cabaret.

1

Mr. Lee is a Vietnamese immigrant with very poor English. His understanding of legal terms is very limited. I can't even understand him most of the time. The court reporter at his sentencing complained that he was not able to translate much of what Lee said, even after we had him repeat many things. Deposing him would be a very expensive waste of time. If you file a motion to depose him, I will oppose it on these grounds.

As I have pointed out several times, your civil suit is frivolous. You have filed pleadings and motions without researching your issues, and have crossed the Rule 11 line on several occasions. I do not believe in nuisance suits, and will not condone a payment of money to settle one. If you continue to conduct this litigation in such a manner I will seek sanctions.

Sincerely,

Brenda Grantland

2