IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **RON HUNT** | : | |
| | : | |
| Plaintiff, | : | Civil Action No: L02-CV-2523 |
| | : | (WDQ) |
| v. | : | |
| | : | |
| **TRACEY'S INC. t/a** | : | |
| **RITZ CABARET, et al.** | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ERRATA AND ADDENDUM TO THE MEMORANDUM OF DEFENDANT'S COUNSEL, PETITIONING FOR ATTORNEY'S FEES**

COMES NOW Plaintiff Ron Hunt, by and through counsel Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby files this Motion to Strike Defendant's Errata and Addendum to the Memorandum of Defendant's Counsel, Petitioning for Attorney's Fees. Plaintiff's arguments will be more fully set forth in the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)
Bar No. MD 14639
Counsel for Plaintiff

Dated: June 14, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **RON HUNT** | : | |
| Plaintiff, | : | Civil Action No: L02-CV-2523 (WDQ) |
| v. | : | |
| **TRACEY'S INC. t/a RITZ CABARET, et al.** | : | |
| Defendants. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ERRATA AND ADDENDUM TO THE MEMORANDUM OF DEFENDANT'S COUNSEL, PETITIONING FOR ATTORNEY'S FEES**

COMES NOW Plaintiff Ron Hunt, by and through counsel Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby files this Memorandum of Points and Authorities in support of Plaintiff's Motion to Strike Defendant's Errata and Addendum to the Memorandum of Defendant's Counsel, Petitioning for Attorney's Fees.

For cause, Plaintiff states the following:

**BACKGROUND**

On May 12, 2004, Defendant filed a Petition for Attorneys' Fees and a Memorandum in Support of Defendant's Petition for Attorneys' Fees. On May 28, 2004, Defendant filed an Errata and Addendum to the Memorandum of Defendant's Counsel, Petitioning for Attorney's Fees, without seeking leave of court to do so. On June 1, 2004, Plaintiff filed an Opposition to Defendant's Petition for Attorneys' Fees. On June 10, 2004, Defendant filed a Memorandum in Reply to Plaintiff's Opposition to Defendant's Petition for Attorneys' Fees.

2

## ARGUMENT

Federal Rule of Civil Procedure states: "An application to the court for an order shall be by motion which, unless made during a hearing or trial, shall be made in writing, shall state with particularity the grounds therefore, and shall set forth the relief or order sought." Fed. R. Civ. P. 7(b)(1).

In its Errata and Addendum to the Memorandum of Defendant's Counsel, Petitioning for Attorney's Fees, Defendant is asking this Court to substitute the initial itemizations provided to this Court in its Petition for Attorneys' Fees for itemizations which have been curiously "reorganized into the categories prescribed by 109.2.b. and Local Rule Appendix B."[1] Yet, Defendant has filed its Errata and Addendum without seeking permission of this Court to do so. Defendant specifically failed to file a motion seeking leave of this court to supplement a document filed sixteen days prior.

Moreover, in its Errata and Addendum, Defendant admits that it failed to "specifically state that Defendant prevailed on all claims" and "neglected to state the customary fee for like work prevailing in the attorney's community."[2] As with its reorganized itemizations, Defendant also seeks to have this information admitted into the record as a supplement to its previously filed Petition. In violation of Fed. R. Civ. P. 7(b)(1), Defendant does not ask permission of this Court for leave to file the aforementioned Errata and Addendum.

Furthermore, Local Rule 6(d) states: "Before filing a motion requesting leave to file an amended pleading, counsel shall attempt to obtain the consent of other counsel. Counsel shall state in the motion whether the consent of other counsel has been obtained." Defendant, who

---

[1] Defendant's admitted failure to abide by the mandatory guidelines established by 109.2.b. and Local Rule Appendix B should be grounds for this Court to deny Defendant's petition for Attorney's Fees.
[2] Again, Defendant has admittedly failed to abide by the mandatory guidelines established by 109.2.b. and Local Rule Appendix B.

never attempted to obtain consent from Plaintiff's Counsel to file its Errata and Addendum, has violated yet another rule.

Defendant is blatantly attempting to circumvent the rules established by this Court and in turn is asking this Court to circumvent its own rules[3]. As Defendant failed to seek leave of this Court to file its Errata and Addendum to the Memorandum of Defendant's Counsel, Petitioning for Attorney's Fees, the Errata and Addendum should be stricken from the record.

Plaintiff attempted to contact Defense Counsel Grantland to seek consent for the filing of this Motion. However, Plaintiff was unable to get Attorney Grantland's consent.

## CONCLUSION

WHEREFORE, Plaintiff Ron Hunt respectfully requests that this Honorable Court GRANT Plaintiff's Motion to Strike Defendant's Errata and Addendum to the Memorandum of Defendant's Counsel, Petitioning for Attorney's Fees for failing to seek leave of court to file said document, and for further failing to first attempt to gain consent from Plaintiff's Counsel to file said document.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)
Bar No. MD 14639
Counsel for Plaintiff

---

[3] Defendant's failure to abide by the Federal and Local Rules is just another example of Defendant's pattern of disregard for the rules of this Court as also evidenced by Defendant's failure to abide by 109.2.b., Local Rule Appendix B, and Fed. R. Civ. P. 11 in seeking attorney's fees and sanctions in its Petition for Attorney's Fees.

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RON HUNT** : | |
| : | Civil Action No: L02-CV-2523 |
| Plaintiff, : | (WDQ) |
| : | |
| v. : | |
| : | |
| **TRACEY'S INC. t/a** : | |
| **RITZ CABARET, et al.** : | |
| : | |
| Defendants. : | |

## **ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Strike Defendant's Errata and Addendum to the Memorandum of Defendant's Counsel, Petitioning for Attorney's Fees, any opposition thereto, and in the interests of justice, it is this _____ day of _____, 2004, hereby

ORDERED, that Plaintiff's Motion to Strike is GRANTED.

_____
WILLIAM D. QUARLES, JR.
U.S. District Court Judge

5