Enlarged copy of Original message

```
TO: BRENDA
FROM: JANELE RICHARDS
PHONE#. 301-699-7620
BEST TIME TO CALL
RE: JIMY BELL'S OFC-NEEDS YOUR
CONSENT FOR A MOTION TO STRIKE


Taken     : 06/14/04 00:53 P 01
Delivered : 06/15/04 10:10 A 06 56
```