United States District Court
District of Maryland

**Chambers of
William D. Quarles, Jr.
United States District Judge**

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0946
410-962-0868 (Fax)
MDD_WDQChambers@mdd.uscourts.gov

August 11, 2004

TO COUNSEL OF RECORD

    Re: Ron Hunt v. Tracey's Inc. and Francis Lee
        Civil No. WDQ 02-2523

Dear Counsel:

    This letter will confirm that a hearing on the defendant's Petition for Attorneys' Fees and the plaintiff's Motion to Strike has been scheduled for Thursday, September 9, 2004 at 2:00 p.m. in Courtroom 3A.

                                 Very truly yours,

                                   /s/

                                 William D. Quarles, Jr.
                                 United States District Judge