IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RON HUNT ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 02-CV-2523 |
| v. ) | |
| ) | |
| TRACEY'S INC., t/a/ RITZ CABARET ) | |
| ) | |
| and ) | |
| ) | |
| FRANCIS LEE ) | |
| ) | |
| Defendant. ) | |
| ) | |

**WITHDRAWAL OF RULE 11 AS
BASIS FOR DEFENDANT'S
PETITION FOR ATTORNEYS FEES**

Defendant, Francis Lee, through undersigned counsel, hereby states as follows:

Defendant withdraws Rule 11 as a basis for his Petition For Attorneys Fees, in accordance with the Fourth Circuit's recent decision, *Brickwood Contractors, Inc. v. Datanet Engineering, Inc.*, 369 F.3d 385 (4th Cir. 2004), decided after Plaintiff's Petition was filed.

That the failure of the Defendant to comply with the safe harbor provisions of Rule 11 does not preclude Defendant's claim for counsel fees under 18 U.S.C., §1927, and 42 U.S.C., §1988. Id., f/n #2.

Defendant continues to assert his claim for attorneys fees and expenses under 18 U.S.C. §1927, and 42 U.S.C. §1988.

Furthermore, nothing precludes the Court from imposing sanctions under F.R.Civ.P. Rule 11(c)(1)(B). Id., f/n #2.

1

Respectfully submitted,

/S/_____
Brenda Grantland
265 Miller Avenue
Mill Valley, CA 94941
(415) 380-9108

and

/S/_____
DAVID F. ALBRIGHT, JR.
Bar #02234
Local counsel
Bennett & Albright, P.A.
200 E. Lexington Street
Suite 200
Baltimore, MD 21202
(410) 727-2168
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by electronic file transfer upon Jimmy A. Bell, Law Office of Jimmy A. Bell, P.C., 9610 Marlboro Pike, Upper Marlboro, MD 20772, this 26th day of August, 2004.

_____ /S/_____
DAVID F. ALBRIGHT, JR.