IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RON HUNT ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 02-CV-2523 |
| v. ) | |
| ) | |
| TRACEY'S INC., t/a/ RITZ CABARET ) | |
| ) | |
| and ) | |
| ) | |
| FRANCIS LEE ) | |
| ) | |
| Defendant. ) | |

**REQUEST THAT THE SEPTEMBER 9TH MOTIONS HEARING
BE CONDUCTED TELEPHONICALLY**

I, Brenda Grantland, depose and state as follows:

I represent Francis Lee in this action and in several other matters, and have administered a special trust account containing the remainder of Lee's share of the proceeds from the sale of the Ritz Cabaret. After disbursement for his daughter's college tuition and prior payments toward attorneys fees in this case, last week Lee directed me to send the balance in the account, minus what is currently owed me, to pay for emergency surgery for his brother, who is in a life-threatening situation.

Because this bank account represents the only liquid assets Lee has left, Lee no longer has the funds to send me to Baltimore to argue the motion. Although David Albright is capable of handling the argument in court, I have done the research and writing for these motions, and have a more thorough understanding of the law on these issues.

We therefore request that the motions hearing be held telephonically.  In the alternative, I request permission to appear telephonically even if the other attorneys appear in person.

I have found a conference call service – Intelligent Meetings – which has the ability to connect  numerous parties on a conference call with very high sound quality.  I have used them in the past for conferences with five different connections.  I would be willing to place the conference call and bear the cost of it.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: 08/26/04                                        /S/ Brenda Grantland
                                                       Brenda Grantland


                                                       Respectfully submitted,
                                                       /S/_____
                                                       Brenda Grantland
                                                       265 Miller Avenue
                                                       Mill Valley, CA 94941
                                                       (415) 380-9108

                                                               and

                                                       /S/_____
                                                       DAVID F. ALBRIGHT, JR.
                                                       Bar #02234
                                                       Local counsel
                                                       Bennett & Albright, P.A.
                                                       200 E. Lexington Street
                                                       Suite 200
                                                       Baltimore, MD 21202
                                                       (410) 727-2168
                                                       Counsel for Defendants

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was served by electronic file transfer upon Jimmy A. Bell, Law Office of Jimmy A. Bell, P.C., 9610 Marlboro Pike, Upper Marlboro, MD 20772, this 26th day of August, 2004.

                                                        /S/
                                        DAVID F. ALBRIGHT, JR.