IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

RON HUNT

    Plaintiff,

v().                             CIVIL ACTION NO: WDQ-02-2523

TRACEY'S INC.,
t/a/RITZ CABARET

and

FRANCIS LEE

    Defendant.

ORDER

For the reasons stated during the Telephone Motions Hearing, it is, this 9th day of September 2004, ORDERED that:

1. Defendant's motion for attorney's fees and expenses BE, and HEREBY IS, DENIED;

2. All parties must bear their own costs relating to this action; and

3. The Clerk of the Court shall send copies of this Order to counsel for the parties.

_____
William D. Quarles, Jr.
United States District Judge