IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RON HUNT | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 02-CV-2523 |
| TRACEY'S INC., t/a/ RITZ CABARET | ) |
|   and | ) |
| FRANCIS LEE | ) |
|     Defendant. | ) |

**DEFENDANT'S MOTION PURSUANT TO F.R.C.P. RULE 52(b)
TO AMEND AND FOR ADDITIONAL FACTUAL FINDINGS
AND CONCLUSIONS OF LAW ON
DEFENDANT'S PETITION FOR ATTORNEY'S FEES**

Defendant, through undersigned counsel, moves this Honorable Court, pursuant to F.R.Civ.P. Rules 52(b), 54(d)(2)(C) and 52(a), to amend its findings of fact and conclusions of law delivered orally at the hearing on Defendant's Petition For Attorney Fees, and to make additional findings of fact and conclusions of law. As grounds for this motion Defendant submits the attached memorandum of points and authorities.

Respectfully submitted,

_____/s/_____
BRENDA GRANTLAND
20 Sunnyside Suite A-204
Mill Valley, CA  94941
(415) 380-9108
(415) 381-6105

1

/s/
DAVID ALBRIGHT
Local counsel
Bennett & Albright
200 E. Lexington St., Suite 200
Baltimore, MD 21202
(410) 727-2168

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by electronic file transfer upon Jimmy A. Bell, Law Office of Jimmy A. Bell, P.C., 9610 Marlboro Pike, Upper Marlboro, MD 20772, this 17th day of September, 2004.

/s/
DAVID ALBRIGHT