IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **RON HUNT** : | |
| : | |
| Plaintiff : | |
| : | Civil Action No. 02-cv-2523 |
| v. : | |
| : | |
| **TRACEY'S INC., t/a RITZ CABARET,** : | |
| **et al.** : | |
| : | |
| Defendants. : | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
PURSUANT TO F.R.C.P. 52(b) TO AMEND AND FOR ADDITIONAL
FACTUAL FINDINGS AND CONCLUSIONS OF LAW ON DEFENDANT'S
PETITION FOR ATTORNEY'S FEES**

COMES NOW Plaintiff Ron Hunt, by and through his counsel Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and respectfully submits this Opposition to Defendant's Motion Pursuant to F.R.C.P. 52(b) to Amend and for Additional Factual Findings and Conclusions of Law on Defendant's Petition for Attorney's Fees. The grounds for this Opposition are set forth more fully in the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)
Bar No. MD 14639

Dated: October 4, 2004