## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

```
RON HUNT                              *

        Plaintiff                     *
                                              Civil Action
                                      *
    v.                                        No. 02-CV-2523
                                      *

TRACEY'S INC., t/a/ RITZ CABARET,     *
 et al.
                                      *
        Defendants

     *     *     *     *     *    ********     *     *     *     *
```

### NOTICE OF APPEAL

Notice is hereby given that Frances Lee, Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the Order entered September 9, 2004 denying Defendant's Motion for Attorney's Fees (82) and the paperless Order entered in this case denying Defendant's Motion Pursuant to F.R.C.P. Rule 52(b) to Amend Judgment (87).

    Respectfully submitted

    /S/_____
    DAVID F. ALBRIGHT, JR.
    Bar #02234
    Local counsel
    Bennett & Albright, P.A.
    200 E. Lexington St., Suite 200
    Baltimore, MD 21202
    (410) 727-2168

    Attorneys for Defendant Lee

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Defendant's Notice of Appeal was served by electronic file transfer upon Jimmy A. Bell, Law Office of Jimmy A. Bell, P.C., 9610 Marlboro Pike, Upper Marlboro, MD 20772, this _____ day of December, 2004.

/S/_____
DAVID F. ALBRIGHT, JR.