ON

FRAN

Lg